

**WINSTON & STRAWN**  North America  Europe  Asia

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

EVAN L. LIPTON
Associate

January 9, 2017

**By ECF**
Hon. Andrew L. Carter Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re: <u>United States v. Murray Huberfeld et ano.</u>
          16 Cr. 467

Dear Judge Carter:

  I write on behalf of Murray Huberfeld with the consent of Assistant United States Attorney Kan Nawaday on behalf of the government and of Pretrial Services Officer Natasha Ramesar, to respectfully request that Mr. Huberfeld's conditions of pretrial release be amended to permit him to travel to the Southern District of Florida[1] upon notice to Pretrial Services.

             Respectfully submitted,

             Evan L. Lipton

Cc: Kan Nawaday
   *Assistant United States Attorney*

   Natasha Ramesar
   *United States Pretrial Services Officer*

---

[1] Mr. Huberfeld owns a residence in Bar Harbour, Florida.