# MAZUREK LIPTON

152 West 57th Street, 8th Floor, New York, New York 10019 | 212-901-5311 | info@mazureklipton.com

October 28, 2017

By ECF
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Murray Huberfeld, et ano.
16 Cr. 467 (ALC)

Dear Judge Carter:

I write on behalf of defendants Huberfeld and Seabrook with regard to the jury issue raised in the Court's Order of October 27, 2017.  (ECF No. 133)

We respectfully request that the jurors be individually questioned and that the following questions be posed:

1. Newspapers were found in the jury room after Court adjourned on Friday.  Did you read an article about this case in any of those newspapers?

2. (If yes) Did you discuss the article or articles with or in the presence of any other juror?

3. Have you read any articles or news reports about this case since this trial began?  Have you heard anyone else discuss any articles or news reports about this case since this trial began?

Respectfully yours,

/S/ELL

Henry E. Mazurek
Evan L. Lipton
*Attorneys for Defendant Murray Huberfeld*