MEMO ENDORSED

# MAZUREK LIPTON

152 West 57th Street, 8th Floor, New York, New York 10019 | 212-901-5311 | info@mazureklipton.com

December 1, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-4-17

By email:
ALCarterNYSDChambers@nysd.courts.gov
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Norman Seabrook and Murray Huberfeld*, **No. 16 Cr. 467**

Dear Judge Carter:

  I write on behalf of Murray Huberfeld to respectfully request two modifications to his conditions of pretrial release.[1]

  First, Mr. Huberfeld requests permission to travel to Israel from December 13 through December 19, 2017, to celebrate Chanukah with his family and to pray at his father's grave. If approved, this will be Mr. Huberfeld's third trip to Israel during the pendency of this case. From March 28 through March 30, 2017, Mr. Huberfeld traveled to Israel for his father's burial. From June 3 through June 6, 2017, he traveled to Israel to attend a funeral service for his father. Mr. Huberfeld complied with all conditions imposed during these trips, including communicating with Pretrial Services as requested, and, of course, returning to the District on schedule. As on both prior occasions, Mr. Huberfeld proposes posting an additional $1 million bond for the pendency of his trip. If permission is granted, Mr. Huberfeld will notify Pretrial Services of his precise itinerary well before his departure. Pretrial services takes no position on this request, while the government opposes it.

---

[1] Following his arrest on June 8, 2016,, Mr. Huberfeld was released on a $1 million personal recognizance bond, secured by $500,000 in property, with travel restricted to the SDNY, EDNY and District of New Jersey. On January 10, 2017, his conditions were modified to allow travel to his residence in Florida upon notice to pretrial services. The Court has also permitted him to travel to Arizona (for a Passover retreat), to California (for a Bar Mitzvah), and to Israel (as discussed, infra).

Hon. Andrew L. Carter
December 1, 2017
Page 2 of 2

  Second, Mr. Huberfeld requests permission to travel within the United States on notice to pretrial services. This modification is requested in order to allow Mr. Huberfeld to travel for business and personal reasons without having to burden the Court with the details of each trip. Both Pretrial services and the government consent to this request.

  I am available to provide any further information the Court may require.

        Respectfully yours,

        /S/ ELL

        Henry E. Mazurek
        Evan L. Lipton
        *Counsel for Murray Huberfeld*

cc: Government counsel
   Pretrial Services Officer Jonathan Lettieri

   (by email)

The application is ✓ granted.
       denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: December 4, 2017
NY, New York