# EXHIBIT F



**Doniel Bak**

**Valley Stream, NY**



September 23, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

My name is Doniel Bak and I am a teacher of Talmud and Judaica. Sixteen years ago, when my son Pinny was in the 1st grade, he had a classmate named Avi Huberfeld. Pinny and Avi became good friends and would spend time in each other's home and that's how I got to know Murray.

He was friendly but we were not particularly close. One day I was honored to be asked to serve on the Board of the yeshiva. Murray was an active member of the Board and I had a first-hand opportunity to see his efforts on behalf of the school. Nothing was too inconvenient for him to do and he would readily offer his home for any emergency meeting or function needed for the school. He became my teacher and mentor in outreach and caring for others.

I had heard about Murray's efforts for the community and for individuals in need or in difficult circumstances, but watching him in 'real life' was something else. His reputation for making a positive difference to the lives of individuals, causes and communities was clearly not exaggerated. If Murray is needed for a meeting to help, he is there. If people are needed to help set up a school, a shul or a function, and even to effect repairs, Murray is the first to roll up his sleeves. He is just a warm and decent mensch.

He lives in Lawrence, a more affluent neighborhood, and at that time we lived in Far Rockaway, a middle-class area, Murray never had any airs, and Pinny and I always felt at home at the Huberfelds and they in our home in Far Rockaway. What made a singular impression on me about Murray was the open house that he and Laura have. There are always different people there from all walks of life and backgrounds. His

hospitality is reminiscent of Abraham of the Bible. In the summer time their pool was open to us. Sometimes, Avi would sleep over at our home and spend the Sabbath with us.

2005 was the advent of the new 7-year cycle of the Daf Yomi (a Talmud-folio-a-day study regimen) which is popular in many Jewish congregations and groups, Murray asked if I could give such a class. When I replied in the affirmative, he promptly hired me to teach the class in his home. Since then, every morning after the services we have a devoted group of professionals and businessmen who attend. Murray took care to pay me generously and never made me feel he was doing me any sort of favor or special kindness. On the contrary, he has always made me feel that I am doing him and his family a great service to conduct the study group in their home.

Moreover, over the years, Murray has done whatever he could to advance my own career. He often recommends me for other lucrative teaching opportunities, something for which I am very grateful.

Just how much Murray cares and helps others I have witnessed year after year on the Jewish festival of Purim. It is a joyous and festive family time with lots of tasty goodies. It is also customary to give extra charity on that day. However, nothing prepared me for the special and sensitive way that Murray helps others.

Without any exaggeration, Murray spends the entire day, beginning after the morning service through to the evening, greeting and helping people. For them all, Murray has tables with refreshments, while he goes without even a quick lunch. Most of those who come are strangers who heard of Murray's kindness. They include people with illnesses, children with cancer, unemployed fathers and mothers who turn to Murray not only for a check but for a chance to share their pain and burdens with someone who will listen and help. Murray gives them time, and at the end of the day is physically and emotionally drained. And it is not only on Purim that they come, but they can be seen coming to his house regularly.

There is no effort on his part to show off or for self-aggrandizement. He genuinely wants to reach out to help people with their pain and shares the goodness with which he has been blessed. I feel privileged to witness such kindness.

With all the above, I admit that I had a difficult time in understanding how Murray landed in this mess which brings him before Your Honor for sentencing. I know Murray well from all our years of interaction. He may be firm and driven in business, but he is a very kind and decent man.

He himself does not have a clear answer at the foolishness of his action, and is heartbroken about it. It just served to sully a good name and this is something that he will carry with him to his last day.

Allow me to plead for Murray. He has gone through his own purgatory with all the shame and acute embarrassment that he has brought on all his family members and on the Huberfeld name. I can assure the Court that Murray will never repeat any such action.

Respectfully,

Doniel Bak

Frank Berkowitz

Lawrence, NY



The Honorable Alvin K Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I retired a few years ago from a pharmaceutical business that supplied nursing homes.

I know Murray Huberfeld for many years, since he was just eighteen years old. He is the son survivors of the War and we all lived in Crown Heights. There were many other immigrants who formed a community. Murray's parents were well known and an example of people who decided to make new lives here in America and to move forward.

For the last two decades, we have live as friends and neighbors here in Lawrence and attend the same synagogue. We would also meet up when our families would spend Jewish holidays in Israel.

A number of years ago, I got divorced and remained in the local community. I must say that since then Murray has been very kind to me and protective of me. He makes sure that every Sabbath and Jewish holiday I will not be eating alone. At his home, I have a standing invitation and the door is always open to me – it means a lot. He has the warmest welcoming personality, which is very gratifying for those who find themselves alone.

However, Murray's kindness is not reserved to just a few individuals like me. His outreach is quite remarkable. In the synagogue, he gives of his time and effort – from welcoming in visitors to the congregation, to handing out prayer books and then placing them back in the shelves after services, through to overseeing repairs and maintenance to the building and facility. He has been making every effort to ensure that the synagogue will be ready for the Jewish New Year. For that alone he has the heartfelt gratitude of all the members.

Murray helps local yeshivas and schools and is always ready to lend an ear to needy individuals. I know that many share their problems with him, seeking advice or

even financial help. He has helped out people in their dozens. Murray is just a caring and decent mensch.

I was very friendly with his late father, Pinchas, who Murray adored and waited on him in the most incredible way. Nothing was too hard or awkward for Murray when it came to looking after his parents. Pinchas was a good man of the old school. We used to attend the same daily Talmud class. Murray's mother is a doll. My children grew up with their children. I can tell the Court that this whole case has been a terrible source of embarrassment to Murray and the entire family. A sterling name has been tarnished and Murray is trying to do whatever he can to atone for what he did wrong. I know that he has spoken openly about his case to different audiences – baring his heart and pleading with people to pay attention to the law and the demands of honesty and integrity. And people have sat up and taken notice.

Every week he goes to the Masbia soup kitchen and runs up and down getting cardboard boxes and packing them with food supplies to be distributed to poor families. I actually saw pictures of him schlepping boxes – and they supply hundreds of families. Murray has taken the concept of penance for his deeds very seriously and the message has carried out to all the local synagogues. As embarrassed as Murray has been, he has expressed himself that he feels that he is cleansing his inner-self and restoring his moral compass. He also wants to be able to face his father when he visits his grave.

Your Honor, I earnestly ask that you consider leniency when you impose a sentence on Murray. He is beside himself with regret for what has happened. He has learned a deep and painful lesson, and he will never consider being involved in anything illegal in the future. Allow me to plead for Murray and his family, especially his elderly mother that she be spared seeing her son being sent to prison and the trauma that she will experience.

Yours very sincerely,

Frank Berkowitz

**Ruth Berkowitz**

**Lawrence, NY** 

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

July 22, 2018

Dear Judge Hellerstein:

My husband Israel, a cardiologist, and I live a few blocks away from the Huberfelds and are fortunate to be counted among their friends. I am originally from the UK and am an MSW. I know Murray for more than 25 years and his wife Laura for even longer. Laura was a student at Oxford university and she often stayed in my parents' home.

It is most distressing that Murray finds himself in this mess as such conduct is so unlike him. He is abashed from the entire episode and the ramifications for him, his family and friends and the community at large. I know that he was always conscious of the fact that America was the country of refuge for his parents after the Holocaust, and he feels so bad if only for having betrayed that kindness by breaking the law. He has expressed his remorse time and again and I know it is a heavy black mark that he will carry for years to come.

In the few words that I wish to describe Murray, it will be obvious just how out of character this infraction was.

Murray is a very good person who always wants to help. As a friend, he is extremely generous with his time, abilities and, where necessary, financially as well. His friends are devoted and loyal to him. We often spent Sabbath and holiday meals together and their table was so festive and welcoming. During Hurricane Sandy, we had no electricity or heat, and he and Laura opened their home to our family. We stayed there for a week. Theirs is an open house and one never knows who can be found staying over for one day or many days. No person is ever turned away from the Huberfeld door.

Our kids grew up together and they could never have asked for better friends. Their children certainly reflect the values and character traits of the parents. Murray is a devoted father. In time, when our children grew older, Murray was the matchmaker for our daughter and she is very happily married.

Murray has a unique trait that perhaps he inherited from his parents who had gone through so much. He instinctively feels the pain or worry of others. As I mentioned above, he loves to help others. Where he has been particularly successful is as a matchmaker to older singles and divorced men and women, and helping 'free' Jewish women who are *agunot* ('chained to their husbands' who refuse to grant them a *get* (Jewish divorce).

Particularly heartwarming is how Murray cared for their Chinese housekeeper who got sick with ovarian cancer. In the first instance, he paid all her medical bills.  Once she recovered, he made sure that she was able to resume her position as best as she could.

Murray is a person who constantly strives to grow and learn, and he shares what he has learned with others. He is very insightful, and understands people. Easy to talk to, people gravitate to him with their problems or for advice, and he will listen to them and share in their joys and pain.

Murray was always the most devoted son to his parents. His father was his life and he waited on him, attending to his every need. That same deep love, Murray extends to Laura and their children – they are of paramount importance to him. He spends many hours with his children, educating them and teaching them life values and when disciplining them, he does so with thought and tremendous love. While I understand that if any parent is sent away to prison it is very difficult for the family, allow me to say that if Murray has to be sent away from home, it will be devastating.

Please show kindness to Murray and his family.

Prayerfully,

Ruth Berkowitz

ABRAHAM BIDERMAN

July 30, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

I am writing this letter on behalf of Mr. Murray Huberfeld who is scheduled to be sentenced before you in Federal District Court in September. I have known Mr. Huberfeld well over twenty years and I have been involved with him on numerous charitable activities. I found him to be not only extremely generous, but also caring, particularly when dealing with those less fortunate in our community. I know that he anonymously helped many widows and orphans in the community and also helped raise substantial sums before the Jewish Holidays for those in need, particularly those in Israel. He lives in Lawrence and during Hurricane Sandy, when large numbers of his neighbors were without electricity he and his children went around in the neighborhood to distribute food, water and other vital supplies in those first critical days.

He was also extraordinarily close to his parents, both holocaust survivors, and went out of his way to personally and financially assure that all their needs and desires were fully accommodated in the waning years of their lives. He made sure never to forget their horrible years of suffering and to give them as much comfort and joy as is humanly possible.

There are literally hundreds and perhaps thousands of people in the community who have personally benefitted from his charitable activities and in many cases they will never know the source. During the course of a normal business day he would receive dozens of charitable requests from around the world and treated all those who solicited them with compassion and respect.

I hope that Your Honor will take all these factors into consideration when determining the appropriate sentence for Mr. Huberfeld.

Respectfully yours,

Abraham Biderman
AB:pw

New York, NY



**Ezra Birnbaum**

Lawrence NY

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007                                      July 22,
2018

Dear Judge Hellerstein,

I know Murray Huberfeld for over twenty years in different
capacities – I worked with him, I invested for him, and I
invested in the funds. I have also been a fellow congregant of his
in the local synagogue; a fellow donor to causes and charities,
and as a friend. The last three are the most dear to me because it
is the realm that transcends the day-to-day pressured world and
is most meaningful, and it is where Murray is all heart and
comes into his own.

Over the years, I worked as a licensed stockbroker and was
involved in real estate. I was doing well and one day decided it
was enough; I was tired of the 'rat-race'. Today I invest from
whatever gains I made, and also for some of my friends who are
happy with steady and modest returns. I spend much of my time
studying Torah and Talmud.

Initially, I knew Murray peripherally through mutual
friends. Originally, I had reservations about working with him as
he was a businessman who drove a hard bargain. However, I got
to know how he deals but, most importantly, I soon saw that he
was always straight and correct in all our dealings.

He does not seem to understand the idea of fatigue. He is
an indefatigable dynamo. There was a point in time when, as a
young stockbroker, that I worked for Murray at nights, from
6:00-12:30 doing trades around the world. This was after a full
day-job. After 8 months I was exhausted. Often, after a half an
hour when I was falling asleep, Murray was on the phone
discussing the trades.

9

He always 'had my back'. I will never forget that when I was working with him, I hired a man who made a good impression on me. I was convinced that he was up to the job. Well, he was not. In a very short time he had lost us a significant amount of money. Murray never said a word of reproach to me. I thought that was unique.

Murray is an exceptionally strong personality and a tireless worker for our local synagogue. I also donated to and did for the synagogue, but never produced such results. During the last 6 months he has been very active enhancing the synagogue into a worthy community asset. In this time, he concluded renovations, refurbishing and the synagogue infrastructure, tasks that would have taken a regular person a year to eighteen months. Through this all, Murray never looked for acknowledgement, praise or thanks. For him, it was just enough to do it for the community.

Just four weeks before my son's bar mitzvah, years ago, the synagogue needed some repair and refurbishing. Murray went all out like a tour de force. He worked like a foreman bringing chairs and putting them up, getting in carpeting, fixing the women's section. He was working to complete this all through the Friday afternoon before the Sabbath began for the bar mitzvah Sabbath.

It was always on the joyous Festival of Purim that one could witness Murray's caliber and sensitivity. It is customary to give out baskets of ready prepared food to give charity to poor people and good causes.

To say that hundreds of people lined up to Murray's door is no exaggeration. Murray would sit with each person and listen to his or her story and write a check that clearly reflected the request made of him. It is no exaggeration to say that he would give out large amounts of money in the course of the morning and afternoon. When Murray saw the discomfort of people waiting on line to see him, he had a large tent erected on the lawn with chairs and tables laden with food, tasty goodies and refreshments for them while they waited.

Whenever Murray made a wedding for one of his children, he made sure that his family did not celebrate alone with just

their 'party'. He would arrange to sponsor some 25 weddings of poor people in Israel to take place on the same night. Such outreach and kindness has inspired me and many others like me. I only know this through a family that was helped as Murray never spoke about his own charitable efforts. Murray is a multi-faceted unique individual.

Personally, I can declare that Murray is one of the very few people that I know with whom I would trust the largest sums of money without any hesitation.

It is so sad that at this point in his career that Murray is facing sentencing for breaking the law. The Talmud states that one sins when overcome with a spirit of stupidity. Murray was clearly overcome with a spirit of foolishness to do what he did. And now he is paying the price. He walks around with a badge of shame and has expressed his self-recrimination in front of friends and neighbors. He warns the younger adults who often come to speak with him of the folly of the lack of vigilance. I feel that in Murray's case the lesson has been well learned. Please give him a chance to make good.

Sincerely,

Ezra Birnbaum

**Chayala Bistricer**

▮▮▮▮▮▮▮▮▮▮

Toronto Ontario ▮▮▮▮▮▮

July 26, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

I have known Murray Huberfeld for over 20 years, from when I was a little girl. As close friends of my parents we spent many dinners, weekends, and trips with both our families.

I have the most wonderful memories of Murray's warmth and easy-nature, sincerity, generosity and fun-loving spirit. Murray and his family are the most gracious hosts- we were constantly invited to swim at their home and stay for dinner; their home in general is open to guests and people in need. Murray knows how to talk to everyone with patience, respect and understanding- from my grandparents, to my younger siblings.

As I grew up, Murray continued to express a sincere interest in my schooling, studies and even my dating! I am especially grateful to him as he set me up with my now husband and was an integral part of the process, guiding and advising me all the way down to the aisle.

Despite moving to Canada, we have kept up our family relationship and shared in many milestones- my marriage, the birth of my four children, the marriage of his two eldest children and births of his grandchildren.

Murray will do anything for his family, friends and larger community and they in turn reciprocate in kind. I am sure you will receive many letters serving as a testament to Murray's character and personality.

**Chayala Bistricer**

Toronto Ontario

Thank you for reading this letter and taking my personal account into consideration.

Chayala Bistricer

# JACK BISTRICER

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

I'm writing this letter as a friend of Murray Huberfeld. I've known Murray for over 40 years. I first met him when he was 19 or so, running his own fast food restaurant in Brooklyn. He worked behind the counter waiting on customers, packing orders, while overseeing the entire operation. I was impressed with his hard work and his visionary and entrepreneurial talent. While most 19-year olds were just running around and having a good time, Murray had ambition and wasn't afraid of hard work.

Some years later, I moved to Toronto but kept meeting him when I'd come in to NY for social or charity events. He always had a good word to say about everyone. He was fun and interesting to be with. He was growing his business, and with the success came an interest a pursuit of personal and spiritual growth with a desire to help the community at large.

Some years ago, Murray became very instrumental in getting my sons' wife to date him. As a mutual friend of ours and a friend of her family's, he put his heart and soul into convincing her to go out with him. (she had a different image of Mr. Perfect) We are so thankful and indebted for his efforts. Today they have four beautiful children and fifth on the way.  I personally know of two other very unique couples he has matched up, both with very happy results. Murray cares about people and goes out on a limb to make people happy and hence he's successful at it.

Since that time, we've become closer with Murray and Laura. We got to know him and see what makes him tick. Murray is always looking to grow. He is a great storyteller, but also a great listener. He is constantly thinking about how to educate his family, and we've had many a late-night discussion about how to educate our kids and what values to imprint on them, especially in this generation. He values serious accomplishers, and people whose lives have a balance of religious, social and business pursuits. He wanted to spend more time and effort learning Torah, but knew that commitments of time are elusive, so he decided to host a class in his home every weekday morning before going to work.

Toronto ON

Murray's parents are Holocaust survivors and Murray kept extremely close to them, being with them almost daily showering them with great respect. He developed a keen interest in Holocaust survivors' stories which enabled him to befriend the elderly. He sponsored many education films and programs.

Murray has a heart of gold and can be depended on to be 'there' for his friends.  He has helped many, many people-some financially, some by setting them up with the right connection and others with a caring ear. A mutual close friend of ours in the UK ran into some very difficult times and could not afford to host his son's wedding in the style he was used to. Murray sent the money needed anonymously without any recognition. I just happen to know this case first hand, but to Murray these things are daily and mostly anonymous.

Judge Hillerstein, I know you will read similar letters from many. Know it is true. Murray is a good man who daily wants to be good and do good for his family and the overall community.

Kind regards,

Jack Bistricer

July-11-18



# DAVID BODNER

MONSEY, NY

The Honorable Alvin K Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007                                                    August 2, 2018

Dear Judge Hellerstein,

I know Murray for more than 30 years. During that time, we have done business together
and were partners in various entities, some very successful and others, less. Although our
relationship was founded on business, we became very good friends and shared many
experiences and even vacations. However, the most meaningful aspect of our relationship has
been in charity and philanthropy - the ability to share what we made with those in need.

Your Honor, a lot of people give charity, but Murray has carved out a niche of his own.
Ninety percent of the time, what he gives and does is done anonymously and in an honorable
way for the recipient. I have been a witness to that, time and again, as I was also involved in
these charity drives. To say that Murray gave millions every year is no overstatement.

But it was never just a matter of giving a check. Rather he gets personally involved.  I can
tell the Court that, without any exaggeration, Murray has helped hundreds and hundreds of
families.  People regarded him highly and he had significant influence on other philanthropists
and people of means to ensure that poor families have food and clothing for the festivals. He
certainly knows how to get the doors to open and so many follow his example.

At Purim time, usually early March, it is customary in Jewish practice to be generous
with the poor and needy. I know that I am fortunate to distribute significant sums at that time.
However, Murray's example stands in a realm of its own. There are many people who want to be
charitable but don't want to open their doors of their homes to beggars, or people representing
schools, yeshivas etc.

Murray is just the opposite. His wont is to open his doors wide to all. On Purim he would
spend hours throughout the day sitting with these needy people, listening to each of their stories
and being generous. Some also represent organizations and yeshivas.  I know that he gave
enormous amounts of money. Yet with this all you will not see Murray's name adorning the
walls of yeshivas, seminaries, schools and synagogues. Further, because it would take a long
time to see all those who came - literally hundreds - and they had to wait, he would have a large
tent erected in front of his house so that they would have a place to sit and there were tables
generously catered so that they would have adequate food and refreshments. I liken Murray's
home to that of the patriarch Abraham of old in which all were encouraged to come in and
partake.

I hasten to add that Murray's outreach was not limited to Purim. He made himself available to people in pain and often could turn them around financially. Aside from financial help, the way Murray opens his home to welcome in strangers is also quite remarkable. The guests in their home range from senior rabbis and scholars to simple folk. In some instances, he takes in entire families. Some are people visiting from Israel with their children and who need a place to stay. You can see them and their children having free range in the kitchen.

As for kids at risk at going off into who knows what, Murray has spent countless hours. These are kids from good homes who are on drugs, or got mixed up with bad crowds and gambling, and spinning out of control with nothing positive on their horizons. Some are already at the point of being suicidal. The parents are frantic and cannot look at what's happening to their kids. Their siblings are mixed up by it all, some wanting to follow the wayward sibling and others filled with disgust and wishing to cut off any relationship.

Murray and I would get calls from the parents – I dealt, in the main, with kids from the very religious Jewish community and Murray focused on kids from Modern Orthodox to secular homes. We would have the kids coming into the office and interview them. Some we hired to work in our office, others we placed with friends with businesses, and others still, who needed TLC and 'hands-on guidance' were invited home. You can often see these kids in Murray's home, gently finding their way back to normalcy. Murray instinctively knows the way into their hearts and 'brought them back'. He has not only saved the integrity of their families, but helps ensure their futures, so that they may marry, settle down and have normal and stable families – I have attended some of their weddings and there is not a dry eye in those present. Each of these kids is an investment of hours and hours of time and mentoring, emotion and empathy, and significant costs – these can often include therapy and tutoring.

The honor that Murray shows to his parents is second to none. As I was in business with him for many years, I saw what happened at many meetings. If either of his parents would call him, he would excuse himself and take the call and listen to whatever was bothering them or what they needed. To Murray, they always came first. It did not matter what level the meeting. He took care of his parents in the most incredible fashion. Even when Murray was doing very well, he would go to help his parents in their takeaway store Kosher Delight, even if it meant standing behind the counter until one or 2 AM. Here was a man making millions of dollars, and yet went and rolled up his sleeves because it was important to his parents.

Most people are involved with their children. However, the way Murray goes out of his way for each of his children is remarkable. He has raised good kids. There were numerous times that Naomi and I vacationed together with Murray and Laura. He would call home regularly and speak to his kids and lovingly inquire about what they were doing and where they were. They knew that he was interested in them and they were grateful for that interest. Murray has a warm and unusual bond with his children, especially the youngest Jackie. They spend a lot of time together.

In particular, I mention an annual charity fundraiser party that was held at the home of a leading philanthropist, Ira Rennert. It was considered an honor to be invited to that party. Murray would use his status of being close to Ira to encourage and get others to attend, and millions would be raised at the annual party.

Murray is a big mensch. He is also beloved by people who know him. The kids that he took in under his wing - he just changes their lives, and others have copied his way. In our local community, Murray joined the worldwide network of studying a folio-a-day of Talmud, and many others followed his lead and keep up with the regimen. Simply, Murray utilizes his status in a productive way, and with great modesty. Most people in such a position usually seek recognition and aggrandizement, but that would just be a source of embarrassment to Murray. He never looks for any honor.

In our community, there are many weddings to which we, especially community activists and philanthropists, are invited. Frankly it is not easy sitting at a wedding from beginning to end, night after night. Usually, we spend a minimum amount of time and then go home or to another function. Murray however, feels an obligation to stay to the end of each wedding, thereby investing many hours. And he does so with caring and kindness. Moreover, he is invariably inundated by fundraisers or poor people seeking money and he makes a point of listening to and helping each one who turns to him.

The following is vintage Murray. A few years ago, one of his neighbors was taking his family to Israel to celebrate the bar mitzvah of their son. He invited many of the local community and many turned down the invitation – they felt the time and expense to go for just a couple of days was too much. Murray was not particularly close to the family, but he saw the disappointment at the lack of participation, so he promptly booked to fly to Israel, arriving on Friday and leaving Sunday night for New York. When others saw that Murray was making the effort, many followed suit and made the celebration memorable.

The Talmud (Eruvin 65) states: "In three things a man is recognized or measured: in his cup (alcoholic drinking), in his pocket (his charitable ways), and in his anger (how he controls his temper)". In all these, Murray is warm, balanced and kind. I know that he made the mistake of his life with this case. This is so diametrically at odds with all that Murray does or stands for. I 'held his feet to fire' and asked him what the hell he had been thinking. He had no answer – it was just the most foolish and stupid action and he could not make sense of it all. What is crystal clear is that Murray is sick over it. It doesn't compute, mostly to him. So much about him and his family is in tatters. It is a tragedy of a stellar career. He is haggard and torn by it all. Your Honor, I respectfully beg you for your leniency and ask you to show kindness to this good man and friend.

Sincerely,

David Bodner

*Naomi Bodner*



*Monsey, NY*

The Honorable Alvin K Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

August 8, 2018

Dear Judge Hellerstein,

My husband, David, was in several business ventures and projects with Murray. Over the years we became very good friends with Murray and Laura. So much so, that we vacationed together. We know them well and we care for them. I feel it important to write to the Court because of the severe impact that the sentencing could have on the family. I appreciate that sentencing and, Heaven forbid, incarceration can inflict pain on any wife and family, I believe the nature and closeness of Murray's family should deserve your kind consideration.

Allow me to add my observations from the vantage point of a daughter and mother.

I remark at the relationship between Murray and his parents. I have never witnessed such respect and honor paid to parents as does Murray. It is just beyond... The manner he waited on his parents - no task was too menial for him to perform. In the earlier years, even though highly successful in business, he would run errands where he could easily have hired others to do so, or help them in their take-away business until after midnight. They relied totally on him and trusted him to resolve any issues in the best way possible.

In their senior years, especially in the last years before his father's recent passing, he waited on him hand and foot. When his father was hospitalized (he had a heart condition), Murray made sure that he would have a private room so that he would be able to sit and watch over his father for hours or days on end. David would recount how Murray would interrupt their most important business meetings if his father or mother would call – no matter how trivial their needs may be. For Murray, that was an absolute priority and it continues with his mom today. She is elderly and frail, and he is so concerned about her as he faces sentencing.

Not being a child of Holocaust survivors as is Murray, I cannot suggest that such care is because of that, but I always felt that his behavior regarding his parents was Biblical in its proportion - a real role model.

People who became part of Murray's business also became part of his family. He wanted everyone to feel comfortable. And as for his guests, he would always take care of the little details to ensure their comfort. A bar mitzvah celebration for his older son is an example. We were all at a hotel, and he made sure that each guest had extras that fitted his or her taste. He had made it his business to know such information about them.

Having married off children of my own, there are enough matters or items to require a parent's attention up to and including the day of the wedding. For Murray, that was a given. Of priority importance was to ensure that the poor and less privileged had a chance to celebrate as well. With the marriage of each child, Murray would find out information regarding young poor couples in Israel who wanted to get married and did not have the funds to do so, and he would sponsor some 25 weddings on the same night. These were young people and families that he does not know, even today. There was a very small circle that knew what was taking place – Murray felt it was no one else's business, except for his children to know what kindness was performed on their behalf.

On every visit that Murray made to Israel with his family - at least once a year - he would take his children to visit children's homes and orphanages, He would ask them to regard these children and to reach out to them in friendship. His own kids learned to appreciate the opportunity that they had in life. When he attended celebrations of a wedding or bar mitzvah at some of these homes, and which he sponsored, Murray was always very friendly with people who were invited, and he was never shy to roll up his sleeves and help with putting out tables and benches. When helping these children per se, Murray would put his whole heart into the activity to make the child feel so special.

Youngsters at risk and some who were drug addicts, also captured Murray's attention. He helped to wean many of them away from the chasm into which they were falling. With his unique ability to reach out to them, he would communicate on their level, take them out for dinner and speak with them for hours – never talking down to them. It meant so much to them that someone like him would spend time with them. When it comes to helping others, especially kids, nothing is beneath his dignity. Murray has often said, what more could a parent want than having a son turned around? Murray has the biggest heart and it does not take much to make Murray cry when it comes to people's circumstances and difficulties.

He is an unbelievable father to his children. Even when away on vacation he is in touch with his kids. They feel his care and concern, and never regard any of his questions as an intrusion on their privacy, even questions such as Where are you? Where are you going tonight? With the right people? Their education and success was also very important to him. What is amazing, though, is that Murray shows the same care to the children of other people. He made sure that kids in his children's classes or schools who needed to have tutors, but could not afford to do so, should have tutors and be successful.

This case before the Court came out of nowhere and has been very painful, not only from Murray and his family, but for all the know him and respect him. He has openly expressed not only his regret at what he did, but his own consternation at his foolishness and its ramifications for him and his family. My heart pains for Laura, Murray, his mom and his children, especially young Jackie. Please do not send him away.

Thank you for reading my words,

Naomi Bodner

20

# Eli Cohen


**New York, NY**



The Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

July 28, 2018

Dear Judge Hellerstein,

My name is Eli Cohen. I am in real estate development in Manhattan, ever since high school. I know Murray through the business community and have done business with him. He always impressed me as being very upstanding and he keeps his word, even if other people let him down. This is something I have seen first-hand.

Murray had introduced me to a businessman who came up with an interesting deal, and I invested half a million dollars. Time for pay back was one and a half years. Unfortunately, the money was not forthcoming. So, I finally decided to litigate. Murray heard about what was happening and felt very bad because he had introduced us. He asked to meet with me. He said he was not sure if there was sufficient liquidity for me to be repaid.

He did feel a sense of responsibility because he had introduced us and made a suggestion that I will never forget. "I will pay you out over the coming months, and then I will make a point of collecting from him," is what he said. On the first of every month I would get a call from Murray for someone to pick up a check, and he made sure to pay it all up. To this day, I am not sure if he ever got paid back, but he made sure that I did.

Murray happens to be very active in supporting charitable causes all over and I have been privileged to participate with him in several of them. On one occasion, I went with him to a meeting on behalf of Ezer Mitzion, an organization in Israel with a bone marrow bank for all in need. I will never forget that day. There was a lot of energy among all present and pressure to donate. One of their recipients of a bone marrow transplant was presented to the group and to tell his story.

All of a sudden, the man who had given him the bone marrow and saved his life walked in and was introduced to the recipient. That was amazing. They embraced and the tears of the recipient were just something to witness. There was no dry eye in the audience.

I found myself giving a large donation, far more than I had intended. Murray responded with a very large donation and encouraged others to follow suit.

Murray happens to be extremely hospitable. He knows that I am single and makes a point of inviting me for the Sabbath and Jewish festivals to his home both in Long Island and in Florida if I happen to be there at same time as he and his family are. He is also very sensitive to other people's feelings. On one occasion, just before I had a meeting with Murray, I heard that a relative of mine was very ill. Somehow, Murray noticed that I was troubled and inquired what was going on. Ever since then, whenever I meet Murray or speak to him on the phone, he will always begin with asking about my mom.

Murray's generosity extends not only to those in need but also with his time and his contacts. I have benefited, and so have many others, when asking Murray for introductions to figures in the business world. He is always open, and makes every effort to help. He never asks for any reward or quid pro quo. He is just happy to be helpful.

Most disturbing has been this case and that Murray is now facing sentencing. I feel so very bad for him because as long as I know Murray, he is decent, proper and straight – I know from my own dealings with him. Somehow, he found himself on the wrong side of the law and he has pled guilty to wrongdoing. I have spoken to Murray and he accepts responsibility for what he did and is desperately trying to put things right and to begin afresh.

Your Honor, allow me to say that Murray is a good man, he really is. He failed miserably in this case and is overcome with shame and remorse. He has been trying so hard to make others aware of the dangers of skirting the law, especially young people, and has spoken publicly about it. He is trying to put things right and I respectfully ask that you enable him to do so and to rebuild his life.

Respectfully,

Eli Cohen

Honorable Alvin K. Hellerstein
United States district judge
United States court house
Southern District of New York
500 pearl st.
N.Y. N.Y. 10007


Dear Honorable Judge Hellerstein,

I'm writing this letter on behalf of Murray Huberfeld , my name is Michael Cohen I'm a
principal  in a catering company called RAM caterers. Ive personally known Murray for over 25
years both personally and professionally. My catering company has worked for Murrays parents
, siblings and most importantly for Murray and his wife. We've catered the births of his children
, Bar and Bat mitzvahs and the weddings of 2 of his children. As long as I've known Murray , he's
been a respectful son , faithfull husband and a loving father and loyal friend . Over the 25 years
of working with Murray on a business level, we've only found him to be a man of honesty and
integrity, Murrays word is his bond .Murrays door is always open to anyone who has ever been
down and needed a lift , whether its financial help, advise or just someone to talk to.  As long as
I've known Murray he has supported community activities , local schools and Jewish institutions
.
On a personal level, a few years ago i found myself in a difficult situation, where i laid out a
substantial amount of personal money to a client who i catered for. I tried many times reaching
out to him to return the loan  with absolutely no response for weeks . Weeks went on , with no
return calls. In speaking to Murray and mentioning my dilemma , Murray said give me a few
days let me see if i can help you . With no dog in the fight , Murray brokered the deal and all of
my personal money was returned. If not for Murray Huberfeld  my family and I would've found
ourselves in a devastating financial burden.
Honorable Judge Hellerstein , i hope this letter give you a little bit of insight into Murray
Huberfeld the man , husband , father ,client and most important the friend. Thank you in
advance.

Michael Cohen
Foremost/Ram caterers

July 12, 2018

The Honorable Alvin K Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I have personally known and worked with Murray Huberfeld for nearly 30 years, and so I would like to relay to you some of my personal recollections of my dealings with Murray.

I have always found Murray to be honorable in all of his business dealings with me, a "man of his word" with respect to any agreements or understandings we may have had. Moreover, I believe many people know of his tremendous generosity in supporting charitable works in the Jewish community, both here and in Israel.

However, some years ago I was on the fundraising committee for a small parochial school here in my hometown of Walla Walla Washington at a critical time when the survival of the school, which had operated continuously since the 1880's, was in doubt. My children were in attendance at this wonderful school, so its survival had a personal importance to me. I reached out to Murray and explained our plight, and even though he had no connection whatever to the Catholic community in our small town, he made a donation of $100,000 to the school without a second thought, making him one of the largest donors in our campaign. I cannot overemphasize how grateful we all were to Murray for his generosity.

I know that Murray is a man of great personal faith, and I am sure that he will have a great deal more to give to his fellow man in the years ahead. I consider it an honor and a privilege to have known Murray both as a business associate and a friend these many years.

Sincerely,

Howard Crosby
Walla Walla WA

July 5, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

I write to you today to attest to the character of my friend and neighbor Murray Huberfeld. I have had the good fortune to know Murray and his family for several decades and I have witnessed first-hand his generosity towards others.

As a member of the Village of Lawrence Board of Trustees since 2008, I can readily attest to the impact that Murray Huberfeld has had on our neighborhood and the surrounding community.

During the great recession of 2008 and afterward, Murray Huberfeld led a small group of individuals who provided financial assistance to those in our Village who had fallen on hard times. His efforts to keep people on their feet was repeated just a short time later in the aftermath of Superstorm Sandy which devastated our area in October of 2012. Once again, Murray Huberfeld, and an even wider group of individuals, stepped forward to help the many people whose homes and possessions had been decimated by the storm.

Murray Huberfeld has always been at the forefront of aiding people who find themselves in difficult times. I have personally seen him on and before Jewish holidays distributing tens of thousands of dollars in charity to dozens, if not hundreds, of needy people. Murray does this with great respect and patience for each individual in need, sometimes sitting for hours to ensure that no one is turned away.

I hope that sharing these details with your honor will provide context of the totality of Murray Huberfeld's good deeds and importance to our community. I urge your honor to consider his many good works over the years that have benefited so many people.

Respectfully,

Michael A. Fragin
Deputy Mayor
Lawrence, NY

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

July 20th, 2018

Dear Judge Hellerstein,

I have known Murray Huberfeld since the time I was a young teenager. Murray had been a close friend of my parents for many years prior. From the moment he moved into my hometown of Lawrence, New York he immediately became a pillar of the community. Whether hosting charity events at his home or just opening his home to friends and family on Friday afternoon for everyone to unwind, he has always been a man of generosity. From institutions, schools, non-profits and people coming into his home, his generosity was well known and he always delivered when people in dire situations were in need. I can go on and on about stories of his philanthropic activities, but generosity is not why I am writing to you today.

About 10 years ago I started a video production company, producing low budget commercials and short films. Murray was one of the first guys to give me a shot. He had hired me to create a short film starring his family, which would be played at his son's bar mitzvah. This opportunity gave me legitimacy in the industry and afterward more people began trusting me with their projects. I will be forever grateful to him for helping me get started.

Over the next few years I continued to work with Murray's family on a few more projects. Along with the Huberfelds, I found myself working on projects for a lot of high net worth families. As you can imagine, you find yourself having to work with some not so willing participants (teenagers that are not interested will let it be known).  Working with Murray and his family was always a joy and a pleasure. His children were always respectful and considerate to my crew. This may seem a given, but the truth is, it's not. I can only attribute this to Murray's and Laura's commitment to their family. Having the ability to build what he has built over the course of his career, but to also be involved in his family's day to day life is no simple task.

I have seen a proud, larger-than-life man humbled over the last two years. I have seen a man who is remorseful, and fully understands the situation in which he finds himself today. Pride is a piece of Murray's makeup and that has been shattered to some degree. Murray wants to help, he wants to do good, he revels being that guy that people can turn to when things aren't going so great.  I can only begin to try and understand how many people's lives he has touched and helped throughout the years, monetarily being the tip of the iceberg.  Having that piece of his life tarnished can be felt every time I have seen him since this all began.

Your Honor, this is a good man who has done more good deeds in his life than most. I ask you humbly to take my words into account when he is sentenced.

Sincerely,
Dov Friedman

# Howard Friedman

Baltimore, MD

July 5, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

My name is Howard Friedman. I am an investor in Baltimore. I have served as the head of many local and national Jewish organizations.

I understand that Murray Huberfeld is scheduled to be sentenced in September. I would humbly ask that you consider a lenient sentence for him. I have known Murray for over thirty years. I know him to be a man of great compassion and generosity. There have been times too countless to mention when I have called Murray to help with some issue, whether institutional or individual. And the answer was always the same: "How can I help?"

Murray has a loving family, a devoted wife, and children who love their dad for the good father he is. I count myself among his many friends and acquaintances who regard him as a true friend. Murray has done many good and charitable things in his life, and his past is so much more than this one wrong action. We must recognize all the good he has done as a devoted family man and productive community member over those same years. Murray dedicated his personal life to helping others and helping his community. Going forward now he can reform the errors of his professional life with the help of his family and friends, his religious orientation, and with help from God. He has sincere remorse for what he did and is striving to do the right thing in order to make amends for his past actions.

Justice will be done, but I ask that alongside that justice the court take into consideration the impact on Murray's family, friends, and community. Whatever compassion and leniency that you and the court can extend will help return Murray to his family as a devoted husband and loving father, and to society and his community as a reformed, productive citizen.

I appreciate your understanding, mercy, and consideration.

Sincerely,

Howard Friedman

Karen Chaya Friedman

██████████████

Baltimore, MD ███

July 18, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

I am happy to write on behalf of Murray Huberfeld. I have known Murray and his family personally for over 25 years. There have been many things that have impressed me about Murray over the years, but the attribute that for me rises above all, is the commitment he has to his parents and the care he takes of them. I know people have written you about the charity he gives, his generous support of many community institutions and his acts of kindness. These are all wonderful and reflect a giving spirit. However, many individuals use their success in ways that help the community and individuals. To me that doesn't necessarily truly reflect who the person is. Watching the way a person cares for his elderly parents, two people who would love him unconditionally, regardless of the care he shows them, truly demonstrates one's character.

Murray's parents are Holocaust survivors. They escaped the horrors of Nazi Germany and came to America, the land of opportunity. They built a wonderful family and had an excellent name in the community. They were very active in good causes and raised three community minded children. As their age advanced, so did their needs. Murray was always there to ensure that everything was taken care of. The respect he showed them was inspiring. The honor he bestowed upon them was obvious to all. His parents spent almost every holiday with Murray and his family. Even as Murray's family grew and grandchildren arrived, including his parents and catering to their ever growing needs never wavered. I truly believe the pain and embarrassment that this period in Murray's life caused his parents is the part of all this that hurts him the most.

During this time Murray's beloved father passed away. It is the most impactful loss of Murray's life. His mother lost her partner of over sixty years. Her health is declining as she advances in age. She depends on Murray for everything. Now that she is widowed, she needs him more than ever. I implore this court not to take Murray away from his mother and family at this difficult time. The pain his mistake has caused his parents and his entire family has stung in a way that the court can never truly understand.

I know there are many factors a court takes into consideration when sentencing. I implore this court to look at Murry Huberfeld, the whole man, and consider the impact a protracted separation will have on his wife, children, grandchildren and especially his mother.

Thank you for your consideration.

Sincerely,

Karen Chaya Friedman

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I have known Murray Huberfeld for approximately two decades and have had the pleasure to get to know him on numerous levels. I observed him first as a community member, then subsequently as a friend and a dedicated family man, and then as a business investor. It is a rarity in life that one has the opportunity to get to appreciate someone on so many different levels and to have the ability to consciously advance the relationship as the friendship and respect grows.

I have been living in the Lawrence, NY area for approximately 15 years and became familiar with the name Murray Huberfeld as it quickly became synonymous with virtually every charity, synagogue and yeshiva in the community. I recall wondering why he was donating to causes and organizations that he was not affiliated with or did not have a personal connection to. I would later learn from community leaders that Murray's support was not at all about himself or his personal gains but rather the greater community as a whole. The fact that his children did not attend a school had no bearing on whether he would provide financial support. Just knowing others, less fortunate than him, needed help with tuition was enough for Murray to get involved. The same principle applied to anyone who needed his assistance.

These attributes remind me of a story I inadvertently heard first hand from the girl it happened to. I was in the car with Murray a few days after he was arrested. He received a call from a number he did not recognize and answered it while on speaker. The call was a from woman Murray only knew of peripherally who was calling to let him know she would be praying for his success and proceeded to thank Murray for paying for sleep away camp for her when she was younger in order so that she didn't have to be home during the summer while her parents were going through a tough time financially and in their marriage thereby exposing her to unnecessary trauma. Murray had nothing personally to do with the family, nor the camp itself but felt the need to step up and do what was best for a child in distress.

Another anecdote portraying the same character traits as mentioned above is a narrative that I often repeat to people and I feel is worth mentioning now. The first time I went to Murray's home on the Jewish holiday of Purim I witnessed something I had never seen before. In addition to the long line of literally hundreds of people waiting at the front door to collect a check, I noticed a tent set up in an inconspicuous manner on the side of his house. Curious to know what the noise coming from the tent was all about I walked over to see what was going on. I was shocked to witness a fully functional soup kitchen, complete with tables and chairs, where tens of less fortunate people were eating. Murray's wife Laura was running the kitchen

and serving the patrons. I walked away from that with a tremendous lesson. If you have money and a heart it's not difficult to give charity. It's going the extra distance and taking charity to the next level that shows one really cares to make a difference.

But even more impressive to me than his financial support for the community as a whole, was his clearly visible level of respect for his parents. Although I did not pray with Murray on a weekly basis, I did observe him walking his father, a holocaust survivor and an extremely pious and committed Jew, to synagogue each and every Saturday, rain or shine, hot or cold. Murray simply did not feel it was respectful to allow his father to walk alone despite him being healthy enough to do so. When Murray's father was no longer healthy enough to attend synagogue Murray made sure he had everything he required and requested in the comfort of his own home. This level of respect for parents is something we can and should all learn from.

The family commitment however did not just end with his parents. My son Noah is the same age as Murray's son Jack. They play on a golf team together and had matches around the Long Island area every Sunday in the spring and into the beginning of the summer. To be very frank the drive out to some of these courses and the three hours you then had to walk the course during the match were not always very enjoyable for the parents, especially in the heat. Despite this fact Murray never missed one match and was always there walking along side Jack cheering him on. He influenced me to do the same which I will admit I may not have done without his encouragement.

My theory in business has always been, if it's not fun don't do it. This applies to the people I choose to do business with as well and I therefore attempt to hand pick my investors with the hopes of it enhancing my business life. And so after seeing who Murray Huberfeld was as a community member and then a family man, I embraced the idea of doing business with him. *My instincts were dead on. After a period of time, Murray, understanding my "fun" theory,* began inquiring about some of my business decisions and, as a person who welcomes advice, I was happy to engage in conversation. This has led to many hours of intellectual discussion about the structure and setup of my business platform. To my surprise Murray had picked up on aspects of my investor base that he felt left me vulnerable and has since spent an inordinate amount of time helping me reorganize without ever asking for anything in return.

There are times when I hear a story and for one reason or another it resonates with me and sticks in my mind. One such circumstance occurred when I approached Murray to inquire whether he wanted to partner with me in a business loan to someone I knew he was friends with. He declined and when I pushed him as to why, given the collateral was solid, he just told me he doesn't want to do business with that person. He proceeded to tell me that he lent money to that individual in the past and although he was repaid his principal the person refused to pay the interest portion of the loan despite him being clearly contractually obligated. The interesting thing to me was Murray did NOTHING about the situation so as to not embarrass the borrower who was a community member. His comment to me was simply I learned my lesson and now know never to do business with him again. Not embarrassing the person was more important to Murray than the money he was cheated out of.

My relationship with Murray Huberfeld was now solidified. He showed me who he was from every aspect of life.

But his ability to be there and help when needed did not end there. Once again, he went above and beyond what others would do. A few years ago, during a mundane discussion with Murray, I mentioned to him in passing that my sister's husband had just lost his job. Without hesitation he told me that perhaps he could help. He told me to have my brother in law call him and the next thing I knew my brother had a job as Murray's assistant, a position he held up until a few months ago when my brother in law finally found something new. Till this day Murray won't admit whether he made up the position for my brother in law or whether he really needed an assistant. His answer is always the same, "what's the difference".

Murray seems to always be present and available when help is needed.  Around six weeks ago, I was on the phone with my wife's brother who just an hour prior had a 2.1 pound, two and a half month premature baby in Israel. During my phone call with my brother in law Murray called in and I told him I can't talk and mentioned quickly the situation with my brother in law. He right away, asked me why I didn't call him to help. He asked me for my brother in law's information and hung up. Without our asking, we were cc'd on an email to the head of the nicu at the hospital. That email was followed up by a call to the head of the nicu by Murray as well as many follow up calls to members of my family making sure their needs were met. What my brother in law then realized once things settled down in the hospital was that Murray and Laura Huberfeld had generously donated the nicu a few years prior and the hospital's respect for the Huberfelds and their desire to fulfill their requests was evident in every action they performed on behalf of my brother in law and his family.

I truly can continue on and on with specific examples that I have first hand knowledge of depicting commendable actions committed by Murray on behalf of his family, friends and complete strangers but I am hoping from the bottom of my heart that these few examples have proven my point as to who Murray Huberfeld is as a son, a husband, a father, a grandfather, a friend and a fellow human being. People make mistakes in life but someone like Murray needs to be free to do what he does best, make everyone around him a better person.

Ron Friedman

**Bernard Fuchs**

Lawrence, NY

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

July 20, 2018

Dear Judge Hellerstein

 I have been in the nursing home business in New York for over two decades. Growing up the Huberfeld family lived in the same neighborhood in Crown Heights and I remember when Murray got married. I happen to be 15 years older than Murray, so as youngsters we were not friends.

 Murray was always a very pleasant and friendly person. As a young man working at Kosher Delight, he always had a nice smile and way with his customers. Because of him many singles would frequent the restaurant.

 In 2006 I reconnected with Murray and invested in his fund. In every transaction and project, I found him to be a straight shooter and honest. I never saw a person work harder for clients and he was a thorough mensch. . He would fight for every dollar for his clients and investors and accounted for every dollar spent on them. My son-in-law went to work for Murray and, in time, became the COO.

 I was very active in community causes and one to which I devoted many years of my volunteerism, was the plight of observant Jewish women who could not obtain a *get* (Jewish divorce) and remained 'chained' to their husbands. Because a get has to be issued freely by the husband many abuses take place that cannot be restrained. In Israel, because husbands can be jailed for withholding a get without legal cause, there is greater leverage to help these ladies. Over the years, I have helped 122 ladies gain their freedom.

 In 2003, there was a 'big' and nasty case and where Murray was extremely helpful. A young man suffering from MS married a young lady without telling her of his condition. None of his medication was kept in their home, rather at his parents who lived nearby and where he would go daily. One

summer, two years into the marriage, the couple were vacationing in the Catskills with his family. The young wife happened to walk around the summer home and found him injecting himself with his medications. She confronted him, demanding to know the truth. The realization that the husband, his parents, and the entire family were party to the two-year subterfuge was too much for her. She decided that she could not remain in the marriage of lying and deceit - she wanted a divorce and a get. The husband's father declared that there would never be the granting of a get, and only on his son's passing would she be free!

There are many avenues that we adopt to try and resolve such cases and which include a large lump sum payment, community and social pressure. I involved Murray in this case, as I thought we would have to raise a sizable sum and he could prove helpful. This was still before he had his fund.

This was a very difficult case and the families were very well known in the Brooklyn community. All discussions were kept 'under wraps' to spare the parties involved. We met with them for hours and hours. Finally, a *get* was achieved through multiple avenues.

For all involved in helping women get a *get,* there are no kudos or recognition, just the knowledge of helping people achieve their freedom, get on with their lives and to support their families. I must say that, subsequently, whenever I turned to Murray in any such cases he was always helpful whether giving of his time and experience, or financially. Over the years, Murray encouraged my involvement even in unpopular *get* cases and was always 'there' to show me support.

Your Honor, I do not make light of Murray's case before you. Any breaking of the law of this country is a most serious matter. I have had opportunity to speak with Murray in this regard and he is fully cognizant of his infraction and its implications. He has tarnished a stellar name and reputation for naught, and his regret and shame are palpable. Allow me to plead to the Court on his behalf that consideration be given to a non-custodial sentence, whereby he can continue with his good works to reach out to others.

Sincerely,

Bernard Fuchs

*From The Desk Of*
## Dr. Samuel Fuhrer
▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**New York, NY** ▉▉▉▉▉

July 18, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

I am writing you on behalf of Murray Huberfeld. I have known Murray for over 20 years, mostly on a social level. He lived for a while on the Upper West Side, and was a congregant in the Synagogue in which I serve as "Gabbai" (person running the servicers). In that capacity, I witnessed his behavior, not only as a congregant, but in the way he brought up his children, in their respectful behavior, and in his interaction with the other members of the Shul. Whenever there was an appeal for a worthy cause, or a situation that required financial assistance, he was always there with a most generous contribution. He had a unique way of befriending people, and I never heard a bad word about him.

As further evidence of my trust in Murray, I invested in one of the Platinum funds. Although they are being held in abeyance temporarily, I nevertheless feel that he deserves to be treated as leniently as possible in the difficult circumstances in which he finds himself. I respectfully request that the court evaluate the man in the light of all the good deeds he has performed, and all the generous charitable donations.

Respectfully and with great sincerity,

Samuel Fuhrer   _____

From the Desk Of
Dr. Samuel Fuhrer
[redacted]
New York, NY [redacted]

Hon. Alvin K. Hellerstein
[illegible] Judge

Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

I am writing you on behalf of Murray Huberfeld. I have known Murray for over 20 years primarily on a social level. He lived [illegible] Upper West Side [illegible] in the Synagogue in which I serve as Rabbi [illegible] I witnessed his behavior, not only as a congregant, but [illegible] his children, in their respectful behavior and in his interactions [illegible] members of the Shul. Whenever there was an appeal for a worthy cause [illegible] that required financial assistance, he was always there with a most generous [illegible]. He had a unique way of befriending people and I never heard a bad word about him.

As further evidence of my trust in Murray, I invested in one of the Platinum funds. Although they are being held in abeyance temporarily, I nevertheless feel that he deserves [illegible] leniently as possible in the difficult circumstances in which he finds [illegible] of all the [illegible]

Respectfully and with great sincerity,

Samuel Fuhrer

From the Desk Of
Dr. Samuel Fuhrer
[illegible]
[illegible]

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Your Honor,

I am writing u a letter on behalf of Murray Huberfeld who pled guilty and I wanted u to know certain acts of kindness Murray had done for me, my family and my community.

I first met Murray over 23 years ago when I was dating a girl in London and going through a challenging time with her family. Murray was 100% accurate in his information of the family and was able to objectively help me in understanding why they were being difficult to me and at the age of 24 I will always remember his thoughtfulness, empathy, accuracy of the complexity of the situation as well as his very useful advice.

When I was a bit older my father was diagnosed with a serious illness, right before an important Jewish holiday and Murray saw I looked very down and I told him the sad news. The next day Murray came over to see my father and cheer him up and he did do that successfully. I don't think anyone else could have cheered my dad so much, when he got such sad news, but Murray was sincere and thoughtful and found a way to build my father up. I will always be grateful to Murray for cheering about my dad, which in return cheered up our family, at such a challenging time in our lives.

The last incident was more recent when I chaired a search committee to find a senior Rabbi for our congregation. I asked someone else on the search committee to reach out to Murray on our lead candidate. Not only did he spend over an hour with my friend on the search committee, but more importantly, he gave the most accurate information in confidence, which helped us immensely through the volatility of the process.

Now that I am older I remember so well the respect Murray gave both his parents when I was single studying away from home, when Murray generously would hoist me for meals with his family. His sensitivity to making sure his parents were happy, was very impressionable on me, till today.

I think Murray is a very capable person that has done a lot of good for others and I look forward to him having the ability to continue doing remarkable things for other people and I believe he can continue to do even more good for more people now that he has this setback in his life and has remorse about it. I believe he can prevent others from making mistakes and he is someone who has great leadership abilities and intuition and has a way of helping those in need by his charming personality and ability to connect to people in need and get them the helpful advice or the lift they need now.

Thank u your honor for reading my letter!

Very Truly Yours,

Jacob D. Gold

# Shai Graucher





The Honorable Alvin K Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I write to you from the Holy City of Jerusalem about a man that I know since my childhood and who is a good friend of my parents - Murray Huberfeld.

Here in Jerusalem I have continued my yeshiva studies and my time is taken up with advanced Talmud and Jewish thought. Over the last decade, I have been privileged to author ten volumes on Jewish law, Jewish philosophy and books of the Bible. Living here in Jerusalem, I have also been fortunate to spend time with the leading scholars and Talmudists.

The reason that I give this introduction is not for any self-aggrandizement, but to attempt to give the Court an idea of the environment in which I find myself and, consequently, the value system that is expected from those with whom we come in contact. Not that all have to be scholars, but the propriety of inter-personal relationships is paramount.

Over the years, I got close to Murray. As a youngster, I stayed in his home, especially when my siblings and I attended summer camp in America. I had the opportunity to see Murray and his family from close-up or from behind closed doors.

Murray is the kindest host imaginable, always putting his guests' comforts and needs above his own. The greatest and most positive impression that I have of Murray is the incredible way he honors and cares for his parents. I happen to love and care for my own parents very much, and try to do whatever I can to help them. But, I can say that with all my learning and knowledge and efforts to hone my personal conduct, nothing I do could ever parallel how he honors his parents. In fact, no one that I know comes near.

I believe that his respecting and honoring his parents goes far beyond trying to be kind to them because they are Holocaust survivors. There is an innate decency and consciousness that they gave him life and this is the least that he can do. Murray made a point of seeing and speaking with his parents every day. In an age when people are

always taken up with their own affairs, often petty and self-centered, Murray has always put his parents as 'number 1'.

When staying at Murray's home, I was witness to the many people that arrived at his home and who needed his help. Many came to consult and get his input, and he would spend as much time with them as they needed. Those who needed financial help were never made to feel that they were receiving handouts. In fact, Murray was able to make them feel that they were doing him a favor by coming to him and letting him participate. While years have gone by since I stayed at Murray's home, what I saw is indelibly engraved in my heart - in the realm of kindness and outreach, Murray will always be my role model.

I have also seen how this concern and conduct has affected his own children. Their love and respect for their parents is a copy of Murray's conduct to his parents and to Laura, and the care for each other is an example to all.

Your Honor, that Murray finds himself in this case is exceedingly distressing to me. To use a colloquial expression – 'He didn't need this in his life.' Although a strong businessman, he has, to the best of my knowledge, always been fair. He tries to help others, far beyond the call of duty and is liberal with his time, effort and even funds. Somehow, this good man erred and tripped up badly, so much so that he is facing sentencing, and my heart breaks for him. The Talmud (Sotah 3a) states that 'a person does not sin, unless a spirit of foolishness overcomes him.' I believe that this is what happened to Murray.

To paraphrase Proverbs 24:16, 'a good man may fall ... and rise again.' Here a good man fell, and fell badly. However, in a community that has respected him admired him, Murray has accepted responsibility and has done so publicly and repeatedly with all the attendant shame. I know that throughout this entire episode he has suffered total humiliation. The Huberfeld name, which has been a good and respected one, has been disgraced, and Murray has had to live with this. Kindly enable him to rise again and play a positive and meaningful role in society. I pray for Murray and his family.

May the Almighty bless you in your deliberations,

Shai Graucher



July 1, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Your Honor,

I am writing today on behalf of Mr. Murray Huberfeld, a person who I have been fortunate to have known for about 40 years.

I do not know exactly how one writes a character reference for someone who I have known to have done so much good for so many people throughout the years.  As so many people I know have benefited from his patience, kindness and basic goodness.

I first met Mr. Huberfeld as he set out to envision what was to become the first Kosher Fast Food Restaurant in Brooklyn, NYC.  I had an office across the road on Avenue J and whenever Murray needed a break from planning this shop he would come up to the office just to spend some time with us.  I remember the sparkle in his eyes as he laid out his vision of creating a classy, clean and spotless place with delicious hot food served fast and fresh.  His stated goals at the time was to provide a place where a family with children could come and purchase a delicious meal at affordable prices.

I remember thinking to myself and wondering that though we weren't far off from each other in age, what was it that prompted a young individual as he was at the time, to think of others… to think of families… and the expenses they had in feeding their families.  I remember resolving at the time to begin thinking of others as well, as I would grow older.

That was the beginning of our acquaintance.  Kosher Delight went on to become a real success and served the community as no other family restaurants did.

As the years went by, I began to hear of one charitable organization after another, one needy Yeshiva after another, as well as numerous private people who were always gaining from Mr. Huberfeld's advice and goodness of heart.  Once in a while I would bump into him at an event, get a friendly smile from him, try and catch up on our respective families but first and foremost, it would always bring me back to that young man who began his first business endeavor with the plan to 'help families have a place where they can get a fresh hot meal for the right price.'



*"Caring for the Caregivers"*



Today I have four married children raising their own families who reside in the same area as does Mr. Huberfeld. I am always hearing of a helping hand here and a kind word of advice there from Murray and his family.  And I see that that streak of goodness which I was made aware of so many years ago now continues and carries on to the next generation.


Respectfully,

Joseph (Yossi) Green: PRESIDENT

GERIMEDIX, INC



42

*"Caring for the Caregivers"*



August 1, 2018

The Honorable Alvin K. Hellerstein
United States District judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Murray Huberfeld

Dear Judge Hellerstein,

I understand that Your Honor is scheduled to sentence Mr. Murray Huberfeld on September 14, 2018, in respect to his plea of guilty to a single count of conspiracy to commit wire fraud.  The purpose of this letter is to provide Your Honor a character reference on Mr. Huberfeld, including his enormous success in business, his magnanimous philanthropy and his deep care and concern for people.  Further, I understand that Murray Huberfeld's plea includes an agreement to sentencing guidelines of six (6) months to a year.  In this regard, an additional purpose of this letter is to beseech Your Honor to recognize the immense contributions that Mr. Huberfeld has made to the community at large and his remorsefulness in the case before Your Honor; and accordingly, to sentence Murray Huberfeld to probation and community service, and by doing so, NOT sentence Mr. Huberfeld to prison.  The case before Your Honor cries out for such an act of mercy on Your Honor's part and the interest of justice would be served with such a sentence.  Such a result would give Mr. Huberfeld, with his plethora of talents, the opportunity to give back more to the community.

At the outset, I provide a brief observational standpoint of the undersigned.  I am an officer of the court; admitted to the New York State Bar and the Unites States District Court for the Southern District of New York.  I have known Mr. Huberfeld for over ten (10) years; and worked in association with Mr. Huberfeld for over five (5) years at Centurion Credit Management and Platinum Partners.

1

In addition, I attended Mr. Huberfeld's entire trial, including the jury deliberations. It is fair to say, that I know, and am quite fond of, Mr. Huberfeld, his immediate family and various members of the extended family. Mr. Huberfeld's parents immigrated to the United States after suffering terribly in concentration camps during the Holocaust. Mr. Huberfeld's father, of blessed memory, and Mr. Huberfeld's mother, started a new life in Brooklyn and instilled in Mr. Huberfeld the value of work ethic, as they worked hard to support their family as owners of a well-known kosher restaurant, Kosher Delight in Brooklyn and Manhattan. I had the privilege to meet Mr. Huberfeld's father several years ago, during the last years' of his life. He was a Prince of a Man and one of the nicest and finest human beings that I ever encountered. He greeted everyone with the most pleasant countenance with his a huge and warm smile. Mrs. Huberfeld, Murray's mother, who dutifully stood by her son, during the arduous trial, is a paradigm of refinement.

I turn now and provide the following character reference in the highest order in support of Murray Huberfeld. How might one measure the greatness of a person? Some argue that wealth and net worth might be a determining factor. Others argue that intelligence and business acumen are determining factors. And yet others contend that one's values (kindnesses, gentleness, and humility) are the determining factors. While none of those categories are determining factors in and of themselves of the greatness of a person, Mr. Huberfeld is stellar in all of those categories, as discussed below.

Mr. Huberfeld is incredibly talented and smart with tremendous instincts in business. With those talents and incredibly hard work, Mr. Huberfeld successfully started and built Centurion Credit Management, focusing on asset-based lending, which entity ultimately merged into Platinum Partners. Although I did not work directly with Mr. Huberfeld, during my five (5) year stint at Centurion and Platinum, I had many occasions to see Mr. Huberfeld in action. Mr. Huberfeld demanded excellence. He was focused, smart and a very seasoned and tough, yet fair, negotiator. Most significantly, Mr. Huberfeld's integrity was and is beyond reproach. His word was his bond. If Mr. Huberfeld said he was going to do something, he did it. He never went back on his word.

Mr. Huberfeld's success in business was matched by his success as a magnanimous philanthropist. In this regard, I only have an inkling of Mr. Huberfeld's greatness in this area. Mr. Huberfeld and his wife, established a Charitable Foundation and supported significantly education and cultural organizations around the globe. Mr. Huberfeld's charitableness was complimented by Mr. Huberfeld's huge heart and care for individuals less fortunate than Mr. Huberfeld. I was quite moved by Mr. Huberfeld's unique care for people, which was evident to me several years ago when Mr. Huberfeld discussed with me the then upcoming joyous Jewish holiday of Purim. As customary on Purim, it is meritorious to distribute charity and needy persons visit the homes of wealthy individuals in the hopes of collecting money for their needs. The fact that Mr. Huberfeld's home was a known address for such charitable giving was not the impressive part. What was incredibly touching and hugely impressive to me was that, in a very quiet and humble way, Mr. Huberfeld shared with me privately that he put up a tent and catered a beautiful meal so each and every person that visited his home collecting money, was invited to a first-class meal served throughout the day. Specifically, Mr. Huberfeld said something to the effect that "poor persons come all day collecting, and many barely have enough money for food, so I want to make sure that each one of

2

them has a beautiful meal on Purim at my home, and do not just feel like they are collecting." What an example of care for people and their feelings.

Mr. Huberfeld's concern for people manifested itself to me many years ago and I was a direct beneficiary of Mr. Huberfeld's kindness. I was introduced to one of Mr. Huberfeld's partners and had a networking meeting with that partner, as I was between jobs and desperately looking for work. At that meeting, I was introduced to Mr. Huberfeld for the first time. After learning a little bit of my background, Mr. Huberfeld unsolicitedly, jumped into action and picked up the phone in front of me and made several calls and introduced me to several individuals that he thought might be a good fit for my employment.   He helped me because he cared about my plight, after meeting me for just a few minutes.

Finally, turning back to my question about what determines the greatness of an individual, perhaps the answer to the question is that we can measure the greatness of a person by how one handles adversity and life's tests. Mr. Huberfeld was put to a very difficult test in this case. The allegations against Mr. Huberfeld were serious and the associated trial was significant adversity, to be sure. Mr. Huberfeld, with the enormous support of his family and close friends, rose to the occasion and endured the discussions, newspaper articles and arduous trial with yearlong preparation, with grace and humility. During the year of preparation and during the trial, I spoke to Mr. Huberfeld many times and it was apparent that Mr. Huberfeld understood the gravity of the charges against him and was very remorseful for his role in submitting a false invoice to Platinum Partners.   With a federal case soon to be behind him, Mr. Huberfeld's admitted involvement and indiscretion in submitting a false invoice does not, in my view, warrant incarceration.   Alternatively, a sentence of probation with community service would enable Mr. Huberfeld, with his vast business experience, to repay the community for his crime, in a very meaningful and productive way.

Accordingly, I beseech Your Honor to sentence Mr. Huberfeld to probation and community service.

Respectfully submitted,

Aharon Greene

# Avi Hager



**New York, NY**

The Honorable Alvin K Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I am writing to you about Murray Huberfeld, a man I know since I was six years old. He gave this little boy, me, so much joy. At that time, he owned the Kosher Delight fast food restaurant in Flatbush and it was the biggest treat for me when my parents took me there. Not only did I love the food, but every time I came into the store, Murray would let me come behind the counter and 'serve'. When I was older he would actually let me work behind the counter.

The kindness that he showed everyone, but especially me, was precious. He knew I was adopted – both my parents are children of Holocaust survivors and could have no children of their own. His parents and my grandparents had similar backgrounds and were good friends. My grandparents live in Manhattan and they helped Murray and his wife Laura find an apartment in Manhattan where they lived for a few years.

Ever since then, Murray often mentions that kindness that they did for him and will forever try to repay that favor whenever he can. As time went on, I found out that a good turn done to Murray is something he will never forget. He is a perfect example of a person who is a giver and not a taker.

He is a fun person and always has a group of people around him and makes people happy. It was always fun to be with Murray and he became like a big brother to me, even though there are fifteen years between us. That meant so much to me as I had no siblings. As I grew older, I went into real estate business with my father.

It is very painful to me that Murray finds himself in his current situation. This is not Murray. His word is his bond, as is his handshake the best contract. Murray himself is very pained by it all – he makes no excuses and accepts responsibility for a terrible mistake. These long months that he has been awaiting sentence have been excruciating for him and a nightmare for his wonderful family. Murray will not do anything like this again and desperately wants to start his life afresh. Please help him to do so.

Sincerely,

Avi Hager



**Robert Herskowitz**

Miami Beach

July 12, 2018

The Honorable Alvin K Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

Today, I am a businessman with my own company involved in investments. However, when I met Murray some 40 years ago, we were both single and in the restaurant business. We would spend weekends together and double date. Those were days when we both were working hard with the hope of one day being successful.

When we made parties together, Murray would collect money from those attending to help us defray the costs of the parties. However, it was not uncommon that, as much as we needed the funds, if Murray was ever aware that someone attending was in need, or that he heard of a family in need, he would make sure that the money collected went to that person or cause. And then we would have to make a plan to cover the party costs. I always appreciated his decision when it came to helping others and wanted to be part of it.

Over the years, we became very close friends, so much so, that he walked down the aisle when I got married. Ever since those early days we go to each other's family and social events.

One thing about Murray that impressed me almost from the day we met through to today, is the respect, if not reverence, that he showed his parents. No one in our group, myself included, keeps the commandment *"Honor thy father and thy mother"* as does Murray. He is always solicitous of their welfare down to the smallest detail and will wait on them like a worker. I remember how, in those early days when our group of friends would go on a vacation trip together, almost every day Murray would be on the phone to his mother or father to see how they were doing and if they needed anything. His children grew up witnessing the honor with which he treated his parents and that has had a profound impression on them in how they interact and their relationship with Murray and Laura.

Murray was always a very friendly guy, and while he was successful in business and various projects, he has always been open to the needs of others. An incredible example is

what he did when he came to marry off his children. He didn't just make a wedding for his daughter, but he sponsored a number of weddings at the same time for children of poor families in Israel. This arrangement by Murray was not common knowledge, because he felt it was just something to enhance and give greater personal meaning to the family wedding of his children. He does not like to show off the kindnesses he does to others. I happened to find out about what he was doing at the time when the arrangements were being made.

Aside from his charm, personality and sense of humor, Murray is very smart. So, when he tries to help people, he makes time to sit down with them and help work through their issues. Sometimes he will help them calculate and negotiate a settlement between feuding parties. One case was an amazing 'feather in his cap'. There was a family, where two brothers had not spoken to a third brother for 20 years! The dispute had stemmed from a family estate and had spiraled downwards. Murray heard about the situation and decided to try and help. He spoke with each of the brothers individually, then he got them together and helped them confront the issues. The entire family, including children and grandchildren, were together, trying somehow to make up for lost time.

I write this letter to Your Honor with a full heart, but I feel awkward writing regard to a crime associated with Murray. The Murray I know for all these years is a straight guy. You can take his handshake to the bank. That's the person he is. How did he get himself shlepped into this quagmire? He didn't need it, and he says so himself. He feels so bad and foolish. His embarrassment and humiliation follows him around wherever he goes and is recognized.

I don't know if he will ever get over it all, no matter how much time goes by. He has besmirched a good family name and a stellar reputation. When I speak to Murray over these last months, I hear the break in his voice and I know that my friend is hurting badly. Please give him a chance to heal and rebuild.

Sincerely,

Robert Herskowitz

Honorable Alvin K. Hellerstein                                  July 5, 2018
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

My name is Alan (Avi) Hier, I have known Murray Huberfeld for about twenty years both as a personal friend and mentor. I work for the Simon Wiesenthal Center as Director of its missions and development in connection with the Museum of Tolerance Jerusalem.

When I first met Murray I was immediately impressed by his positive energy and his natural joyful personality. He was a very successful businessman and I was just starting out.  He was always available to me and gave me his full attention whether it was business or personal advice.

As our relationship grew and developed over the years his family and ours became very close. His generosity always extended to opening his home to our children who by then had moved from Los Angeles to New York.  As busy as Murray was he always answered my calls or called me back whenever I reached out to him.

Over the years we spent much time together during the Passover holidays where we observed the extraordinary respect and care he and his family gave to his elderly parents who were Holocaust survivors.  We always remarked amongst ourselves that Murray has a heart of gold.

In later years we also spent the Succoth holidays together in Israel where Murray made a point to always include Rabbis and those less fortunate to all his celebrations.

During Succoth, Murray Chaired the Simon Wiesenthal Centers Documentary Film Premiers in Jerusalem. I organized these events and remember very well how Murray went out of his way to help raise donations and look after the smallest details to make the evening a financial success.  I also noticed the tremendous respect he showed for all the Holocaust survivors who came to the films, making sure they were comfortably seated.

On one special occasion I had the honor of arranging a trip for a group of donors to have an audience with Pope Benedict. I was so impressed when Murray told me the reason he wanted to go was to share a personal story with the Pope and give deep appreciation for the Catholic family who hid his mother's family and saved their lives during the Holocaust.

Your honor, respectfully, I urge you to take into consideration the tremendous good deeds that Murray Huberfeld has done throughout his life and which I am sure he would continue to do when this sad chapter is behind him.

Sincerely,

Alan Hier



Chavie N. Kahn

NYC

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

July 4, 2018

Your Honor,
Today, on American's day of independence where we are so thankful for the freedom that we enjoy as Americans, I am thinking of Murray Huberfeld. Murray and I have been good friends for almost 30 years. I am writing in support of leniency in your sentencing of Murray.

I first met Murray when we were both single on the Upper West Side of Manhattan. I saw how Murray opened his apartment to friends, and hosted friends who were going through tough financial and personal times. Murray in fact hosted my husband for the Jewish holidays, when my husband was newly divorced. Murray has consistently been, and is, very generous of his resources -- time, money and energy—with his friends and the wider Jewish community. I will not address his significant philanthropy to a myriad of worthwhile causes both here and in Israel—I will focus on Murray my friend.

Murray is a complex soul. I feel close to Murray for many reasons. First, we are both children of European parents. Based on conversations over these many decades, I know that Murray does not take the blessings of America for granted. He, as I am, is haunted by the horrors of the not-too-distant European past where one's freedom was eviscerated. Murray is self-made, one might say he is the manifestation of the American dream. He used his sharp intellect, business acumen and street smarts to first build a restaurant business and then build a financial business. Nothing was handed to him. Murray understands how blessed he is to be able to build his family and his life in America. As I am sure you have learned, Murray's parents are Holocaust survivors, and that has very much shaped his interior drive. Put simply, he was not brought up with a silver spoon in his mouth.

Second, Murray is a loyal friend through easy and difficult times. In tough personal times, when I got divorced from a friend of his, Murray did not distance himself from me and continued to be friends with me. Murray understands the importance of showing up for friends, and is not a friend that is only there when convenient. Murray has included my husband and me in each significant personal milestone over these decades, whether in America or Israel, from a grandchild's bris to a wedding--and has made the effort to be at my family's milestones.

Third, while Murray and I both have strong personalities we share the need to emotionally connect with others. He and I are able to communicate well, even though we do not share the same views on several topics. Whether the topic is one of Israeli politics, Jewish law or gender parity—while we may not share the same view, Murray and I are able to talk through hot-button issues in a sometimes sharp give and take, and ultimately we agree to disagree. And sometimes we even see each other's view and enlighten each other. Most importantly, I know that I can reach out to Murray when I have an issue, and he to me. Murray is a true friend.

Murray is paying a price each and every day now—he understands that he will continue to pay for his actions. Shortly after he was indicted, I stopped by to see Murray in his home. The home was quiet, and sitting alone on his front steps, Murray commented that I was paying a "shiva call" (condolence call after a death). The usually gregarious Murray was quiet and reflective. I ask you to consider a lenient sentence to allow Murray to rebuild his life.

Best,

Chavie N. Kahn

Honorable Alvin K. Hellerstein

United States District Judge

United States Courthouse

Southern District of New York

500 Pearl Street

New York, New York 10007

Dear Judge Hellerstein,

My name is Craig Kirsch and I reside in Woodbury New York. I have known Murray Huberfeld for almost 24 years. I met Murray when I was 25 years old. A mutual friend thought Murray and I would get along and since we were both in the finance and investment business, maybe a strong business relationship would develop. Here we are 24 years later and Murray and I are still very good friends.

As I am sure knowing Murray, his family, and his generosity you will be receiving an enormous amount of letters attesting to his character, his loyalty, his honesty, his friendship, his responsibility to his family, friends, and his community. All of which are true and probably can't be described in a letter. Your honor, I have sat in dozens and dozens of meetings with Murray and experienced firsthand how diligent, careful, respectful, honest and especially morally and ethically compliant when it came to putting a deal together or investing. I have also experienced Murray looking at me or his other colleagues when he thought someone was even remotely trying to say or do something that wasn't 100% above board and immediately said, "Not For Us". It is this firsthand experience that I still sit here today and question what was going on in Murrays head on why such an honest, hard working, family man would make such a MISTAKE. I know Murray has accepted full responsibility for his actions and is as remorseful as an individual can be. As far as Murray as a person, it would take me 25 pages to describe what I have seen this man do for his community, family, friends, and even strangers or people he has just met. 15 years ago I myself was going through some trying times. It is during these trying times that one sees who their true friends are, Murray was one of them. The constant calls and caring, while always asking if he could do anything to help me or my family. On another occasion, my friend who Murray never met was down and out and needed a job. While sitting in Murrays office, I asked if he knew anyone that needed an excellent employee. Without hesitation, Murray said "let me see what I could do". By the end of the week, my friend, a complete stranger was now employed and able to start providing once again for his family.

Your Honor, I can't imagine how difficult it is to determine if someone is a bad person or if they are an incredible person that made a mistake. I can assure you your Honor, they don't get better then Murray and his family. I understand that your Honor has the discretion when handing down a sentence so I looked up the definition of discretion, **"The freedom to decide what should be done in a particular situation".** Your honor, if there is ever an individual that deserves the most flexible, lenient, and compassionate part of your discretion, it is Murray. This unfortunate situation and the years that followed have already been a sentence on Murray and his family. I beg for your understanding that this is a great person that made a huge mistake.

I thank you for allowing me the opportunity to write to you.

Craig Kirsch



**Chaim Kiss**

Teaneck, NJ

July 20, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein,

I write this letter on behalf of Murray Huberfeld, a personal friend who I know for over thirty-five years. We met in our early twenties. We were both bachelors and we became good *friends from the start.* We spent a lot of time together, laughed together and shared in family occasions.

For 12 years, I was the cantor of the West Side Congregation (WSI) on 76th Street in Manhattan. Our 'Carlebach' style service was to reach out and inspire a wide spectrum of the Jewish population in an environment that embodies holiness, spirituality, and joy. Murray identified with our synagogue and its warm approach to outreach.

My wife, Carole, and I subsequently relocated to Teaneck, however we visited the Lawrence community on many occasions. I was pleasantly surprised to see how Murray had inculcated much of this 'Carlebach' approach into the community there. Just as, years ago, he had been involved in the West Side community and helped young singles, *Murray had become* a catalyst for good and community growth in Lawrence.

Murray is very much liked and he tries to help people in any way he can – whether a good word, a warm and tasty meal, extending a hand of friendship and advice, even business advice, where needed. He always keeps his eyes and ears open for me if there are any singing gigs, such as *weddings and he recommends me.*

Murray is the most welcoming and friendly person to all, irrespective of race, color and creed. His financial success has not gone to his head or given him airs. He is a mensch through and through.

At Passover time, I usually lead the Seder celebration meals and religious services, and head the musical entertainment at a Passover kosher resort. On two of the years, Murray and his entire family were at the resort where I was leading the services. Even in the temporary synagogue at the resort, he helped organize the chairs, prayer books and other needs. Whether talking to fellow guests, waiters, waitresses and workers in the hotel, he treated each with honor and respect. That is Murray - helpful and charitable, and is a much-loved person.

Murray is very dedicated to his wife Laura and his five wonderful children. He is, unquestionably, the anchor of the family, and especially for his elderly mom. A phenomenon at his home is people coming to the door without notice. Many come for advice. They respect his practical insight and he has a broad network of people who are ready to help when he reaches out to them. Some come for financial help as well. The beauty is that Murray never turns anyone away. In fact, Murray will take the time to invite them in, give them coffee, listen to their problems and see where he can be helpful.

I know all this from personal experience. In 2015 I had lost my job selling commercial energy supplies; four of our seven children were still at home; and Carole had an advanced stage of breast cancer. I felt desperate, very vulnerable and afraid. I was not looking for a handout but desperately wanted a job with health benefits. Murray spent the next two days calling all his contacts. On the third day, he called to say he had arranged an appointment for me with the man who became my boss. The fact that Murray spent so much of his valuable time to find me a job meant everything to Carole and me.

Your Honor, this is who Murray is -- the man with the biggest heart and always willing to help. Non-judgmental and who sees people for who they are, not for what they have. A good family man, a hard worker, and a man who gives charity. I know he did a crime, and I do not excuse it in any way. What is wrong is wrong. I don't know what got into him, because that is not the Murray I know. He also makes no excuse and blames himself repeatedly for what he did.

I know the kindness and goodness that he does to so many people – he gives freely of his time and being and to the needy. He helped save my sanity and that of my family. Murray gave us hope. Please show him leniency.

Sincerely,

Chaim Kiss

July 26, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

This letter is in support of leniency regarding the sentencing of Murray Huberfeld. My name is Harold (Heshy) Kofman. I have known Murray for more than thirty years.

Our relationship has been both professional and personal. With respect to the first-professional- Murray and I for decades have worked in the financial sector; we are both involved (separately) in trading stocks and options. We discussed market moves, trends, and strategies on a weekly basis. I have always found our discussions to be straightforward and to the point. And most importantly, I could rely on his word and thoughts without concern for any hidden agenda or gamesmanship.

Those same admirable characteristics were and are to this day still in place on a personal level. Murray helped me plan my son's bar mitzvah and what impressed me was not just his willingness but his joy in doing so. For Murray, my joyous occasion was on some level, his as well. Similarly, when Murray's father passed away, his mourning became mine on some level as well. It is rare to find a friend who can empathize with you on different levels.

Murray's kindness knows no bounds. He supports many charities. Every year on the Jewish festival known as Purim, while many others are at a Purim party or festive meal, Murray spends a good part of his day meeting with people and organizations who need his help. I am always impressed not just by the magnitude of his generosity, but in the quiet and humble way that Murray helps people. No fanfare, no talking about it-he just does it. In fact, despite our close relationship, Murray has never told me about this-I learned about it from a common friend. But that's the kind of person Murray is. Despite this crime, Murray remains in many other ways a role model for his family and community.

I know that Murray is remorseful and wishes he could undo what he did. He takes things to heart and not lightly. I believe this has weighed tremendously on him and his family for the past two years. While that doesn't count as time served, I hope that you will consider all of the good that Murray has bestowed on people in his community and on strangers as well, as described above.

Respectfully,

Harold Kofman

Dear Judge Hellerstein,

This letter is in support of leniency regarding the sentencing of Murray Huberfeld. My name is Harold (Heshy) Kofman. I have known Murray for more than thirty years.

Our relationship has been both professional and personal. With respect to the first-professional - Murray and I for decades have worked in the financial sector; we are both involved (separately) in trading stocks and options. We discussed market moves, trends and strategies on a weekly basis. I have always found our discussions to be straightforward and to the point. And most importantly, I could rely on his word and thoughts without concern for any hidden agenda or gamesmanship.

Those same admirable characteristics were and are to this day still in place on a personal level. Murray helped me plan my son's bar mitzvah and what impressed me was not just his willingness but his joy in doing so. For Murray, my joyous occasion was on some level, his as well. Similarly, when Murray's father passed away, his mourning became mine on some level as well. It is rare to find a friend who can empathize with you on different levels.

Murray's kindness knows no bounds. He supports many charities. Every year on the Jewish festival known as Purim, while many others are at a Purim party or festive meal , Murray spends a good part of his day meeting with people and organizations who need his help. I am always impressed not just by the magnitude of his generosity, but in the quiet and humble way that Murray helps people. No fanfare, no talking about it- he just does it. In fact, despite our close relationship, Murray has never told me about this - I learned about it from a common friend. But that's the kind of person Murray is.  Despite this crime, Murray remains in many other ways a role model for his family and community.

I know that Murray is remorseful and wishes he could undo what he did. He takes things to heart and not lightly. I believe this has weighed tremendously on him and his family for the past two years. While that doesn't count as time served, I hope that you will consider all of the good that Murray has bestowed on people in his community and on strangers as well, as described above.

Respectfully,

Harold Kofman

Jonathan S. Lifschutz



Lawrence, NY

July 24, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

By way of background, my name is Jonathan Lifschutz. I am 43 years old and I am a Husband
and father of two beautiful young children, Jack who is six and Ava who is Eleven. They are truly
amazing, I am thankful to have a beautiful family.

My relationship with Murray began 25 years ago. I was a young teenager when I met Murray
and as you can imagine, I knew nothing about life.   By happenstance, and truth be told, with
god watching over me, I was lucky to have been introduced to Murray Huberfeld through his
brother N law, who I met while studying abroad.

Murray immediately became my **big brother!**  Twenty-Five years later he has never left my side
and has always been there for me. He has always protected me, cared for me & has never let go
of me! He has carried me through my toughest times in life. I don't need to elaborate, but
today I plead to you with a full heart. Murray is beyond a shadow of any doubt, my dearest and
best friend.

This note will not be about his amazing philanthropy & charities to communities he supports
near and far, or regarding a hospital wing he built, to save the lives of children!  I'm sure you
will receive many letters regarding this.

The message of my letter to you, your honor, is to convey the special Character trait of Murray
Huberfeld. "**Middot!**,",probably the most important character trait a human being can possess.
In fact, the Talmud says: *Derech Eretz Kadma L'Torah* – "Refinement of character precedes
Torah wisdom."

Intellect without proper character is destructive. Nazi Germany was known for its leading
academic institutions, sophisticated arts, and impeccable social conduct. Where did it all lead?

Murray is a person who simply embodies this character trait that is in his DNA. He "saves" lives of everyone, near and far.  As serious as this might come across, I haven't even scraped the surface of who Murray Huberfeld really is as a human being.  I am hopeful you understand the importance of his commitment to helping anyone or everyone and I hope you will wholeheartedly take my message to heart. I plead with you, your honor that you grasp the severity & urgency of my message. Murray is a person who saves lives!

Murray is a magnificent husband, an involved and dedicated dad beyond comprehension, and an unbelievable son.  I have personally watched how he treats his parents like royalty to levels of no other. I'm in awe of the respect he shows to his parents. Recently, I flew with him to bury his father. We flew 22 hours, but were only on the ground for six hours so he could be back with his family to mourn the loss & sit shiva with his siblings, his mother and his family. He is a role model on how to treat a parent and how to care for them in good times and especially in unfortunate times. Murray is a person who has no limits on generosity and kindness. He also happens to be a fun & rock-star Grandfather.

As far as his arms can reach, Murray's abilities to help people near and far are truly limitless. While Murray and I might be years apart in age, he has uncondionally opened his heart and has given his valuable time to guide me, help me, counsel me and steer me in the right direction in every aspect in my life, resulting in a direct positive impact on my life and my family.

In closing, there is one lesson that resonates as a result of my relationship with Murray: It's all about Character.  Murray is a "Broker of Peace."  One of the most important lessons Murray has taught me is: "don't stand on ceremony."  Always do the right thing, no matter how hard it might me. I carry this lesson in my personal life, in my social life, in business and it has carried me on my journey to be a better person.

Murray Huberfeld makes you a better person and I am a better person because of him. He is my big brother, my mentor and my Best Friend. In no uncertain terms, Murray Huberfeld needs to continue helping, protecting, giving, & saving, which is his real life's work. I plead to you, your honor...let him continue to save the lives of people, near and far. The world is his family. He is a best Friend to everyone and there is no one he can't touch to help save, so let him save people!

I humbly and sincerely appreciate your consideration for his Leniency.

Sincerely,
Jonathan S. Lifschutz

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

July 18th, 2018

Dear Judge Hellerstein,

Seldom in life does one befriend an individual who plays such a central and magnanimous role as that of Murray Huberfeld. I have had the wholehearted pleasure to know Murray for over twenty years, during which time I have witnessed a larger than life character teach and lead a family and an entire community in philanthropy, kindness and respect.

Over the past two decades, regardless of time or circumstance, Murray has, without fail, come to my aid and that of so many others. There are no causes too small for Murray. He has taught me time and again the deeper meaning of charity, of assuming the mantle when all else refuse to do so, of giving not just funds but time and knowledge. Especially time, that irreplaceable currency of a person's life. He revealed to me long ago the fulfillment that is garnered from giving wholly of oneself. His charitable actions and caring demeanor have rippled through all levels of our community, creating a shared high moral character that can be traced directly back to Murray.

Above all, it is Murray's commitment to his family that has shaped my life. Murray has always placed his family on the highest rung, especially his parents. I have learned from Murray the implicit requirements and lofty demands a child must fulfill to his parents. At the core of Murray's most important lesson to me is the ironclad necessity to support, motivate and fulfill one's parents, especially in their twilight years.

Your honor, with utmost humility I ask that you take the above aspects of Murray Huberfeld into consideration during sentencing. He is a family man above all, a humbled man who has many more positive trends to start and lessons to foment among his children, wife, parents and community.

Sincerely,

Ben Lowinger



LYONS GLOBAL INSURANCE SERVICES, LLC

NEW YORK, NY

DAVID A. LYONS
FINANCIAL SERVICES PROFESSIONAL
CA INS. LIC. #OC19122

July 25, 2018

Dear Judge Hellerstein,

It would be very easy for me to write a letter that describes all of the charitable causes that our very dear friend, Murray Huberfeld, has donated his time and energy to. After all, he has always been a man of means and when he identifies something that resonates and aligns with his personal beliefs, there are very few people that I have known that place all of their passion into a cause quite like him. Instead, I wish to bring to your attention the attributes that Murray displays that money simply can't buy.

Over the years, my family has spent considerable time with Murray's family. I have seen first hand how many people rely on Murray's advice and with no hidden agenda for any financial gain. Although he is a successful business man, his true strength is that he thinks like an Everyman and it is this mentality that allows him to connect with every type of person. He is just as interested in talking to the guy that cleans the building as to the one that owns the building. I sincerely believe that this commendable trait stems from one area, Respect. He has been taught Respect by his wonderful parents and he and his wife, Laura, have relayed these same lessons to their children. Respect ALL people and have a special place for respect of elders. Murray is very well read. He is constantly reading biographies of past historical leaders and due to his personal experience as a child of Holocaust survivors reads many books concerning that period as well. He has learned about being introspective and learning from the past in order not to make the same mistakes again in the future.

Undoubtedly, you will read many letters that exemplify Murray's respect for elders and in particular those that have survived the Holocaust. I too, have seen first hand that display of respect. In the Synagogue where we pray, Murray noticed my wife's grandfather entering on wheelchair with an aide to pray. He jumped to the task to make sure that this man in his 90's, a holocaust survivor, was well taken care of and treated him with the utmost respect. Suffice it to say, my wife's family took notice of his actions and keep mentioning what unbelievable care

REGISTERED REPRESENTATIVE OFFERING
SECURITIES THROUGH NYLIFE SECURITIES LLC
MEMBER FINRA/SIPC
A LICENSED INSURANCE AGENCY

SADDLE BROOK, NJ

LYONS GLOBAL INSURANCE SERVICES, LLC IS NOT
OWNED OR OPERATED BY NYLIFE SECURITIES LLC
OR ITS AFFILIATES

Murray shows to this special generation.  Whether it is rushing to find a seat available for an older person or telling (and teaching) his children to give up their own seat for elders, Murray does this without realizing people are noticing and is quick to act this way because he knows this is the right thing to do. As for his general Respect and compassion for others, I have witnessed many times how Murray will allocate hours and hours of time to help guide people that are facing difficulties such as a divorce or a problem with a child. I can also relay this story firsthand as My brother, facing a difficult divorce, was the recipient of Murray's tremendous generosity of time.  These are issues that do not simply go away with writing a check. He devotes his time and energy because he cares about people.

Murray and his family are connected to our community and the larger Jewish community in so many ways. While it is unfortunate that these recent events have unfolded, Murray has publicly and privately conveyed his remorse. He realizes the stressful impact this has had on his family and his reputation. A reputation that has been so good for so many people and one, that he and his family yearn to rebuild once again.

Your Honor, Murray's presence in our community is vital to so many people in so many ways. Any amount of absence will certainly create a void that cannot be replaced.  It is now time for us to come to his side, show support and return the favor he has shown to us all. To this end, we implore you to be merciful in your judgement and allow us to continue to have Murray present for all of those that seek out his counsel and guidance.

Thank you.

Sincerely,

David Lyons
President
Lyons Global Insurance Services, LLC

New York, NY



Simcha Lyons

New York, NY

September 20, 2018

Dear Judge Hellerstein:

I write to you on behalf of my good friend, Murray Huberfeld, who will soon stand before you for sentencing. Murray has discussed his guilty plea with me. I know that he is deeply remorseful of the actions that brought him here and that this process has been a humbling and life changing experience. But that is not the reason that I write to you today. I know that you are well-aware of the circumstances of the offense. I am similarly certain that you have received scores of letters detailing Mr. Huberfeld's charitable endeavors. I would like to share with you, instead, quieter examples of Mr. Huberfeld's character.

I have known Murray for decades, mainly through my sons, Jason, David and Avi, and through the Orthodox community in Lawrence. Murray and his wife, Laura, have welcomed us into their home and I have had the pleasure of observing Murray interact with his family as we have spent several Jewish holidays together. Murray had a very close relationship with his parents. I vividly recall the attention he paid them during my holiday visits. He was constantly alert to their every want, asking whether they needed anything and discussing any concerns they had. Murray used to daven with his father daily, and would visit his mother just as often. Sadly, the elder Mr. Huberfeld passed away just before Passover 2016. Upon his father's death, Murray was singularly focused on completing his filial responsibility to bury him in Israel, and was, frankly, panicked that the circumstances of this case might prevent that. Thankfully, the Court allowed him to take this important trip. In the time since his father's death, Murray has shown the same devotion to his mother, who I understand has recently moved into his family home.

When my son, Avi, was going through difficult times in his marriage, Murray was there for him. Avi would visit Murray's home, and Murray would not hesitate to sit with him, often for hours, to counsel him and to provide friendly support. Avi's marriage could not be saved, but Murray's guidance helped him to deal with this situation in a clear, even-tempered manner that ensured good relations moving forward. I was impressed by Murray's willingness to take time away from his own family to counsel my son. I have heard about Murray taking on this role for others as well. For example, I have heard about members of the community reaching out to Murray to try to create shalom within their own family disputes. Murray seems to view this as part of his moral mission. He knows the importance of family, and can't stand by and watch families get torn apart by internecine strife.

Murray is a good man who has experienced deep shame from his actions in this case. I know from my conversations with him that he understands that he has no one else to blame for his role in this offense. As his friend, and as a member of his community, I respectfully ask that you take these other, positive aspects of his personality into account and issue a lenient sentence.

Sincerely,

Simcha Lyons

July 20, 2018

Hon. Alvin K. Hellerstein
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 1000

Re: Murray Huberfeld

Honorable Sir,

In writing this letter on behalf of Murray Huberfeld, I must first take this opportunity to thank Your Honor in advance for taking the time to read this letter and consider the sentiments expressed in it. I understand how busy Your Honor is in terms of the court's commitments and obligations. For this I must express my upmost gratitude.

Many people know Murray in connection with his work as a business investor and his legendary philanthropic work helping so many people, yet so quietly that one cannot but be amazed. However, I know Murray through my ███████ son, ████ who a very good friend of ████ ████ Huberfeld, the youngest son of Murray and Laura Huberfeld.

Their son, ████ is a vibrant boy so full of life and energy, always super polite and always having a kind word to say to others. One might wonder, from where does a boy get these character traits so beyond his years. One need, however, only take a closer look and see that every day, when Murray is not traveling, he is doing car pool. When I go to the bagel store or local café, I see Murray sitting and talking with his ███████ son, ████. Whenever a school chaperone or class driver is needed, Murray is there not just to pay and or sponsor the event without anyone knowing. He's also the driver, the delivery man and the counselor.

I also want to add that a year ago Mr Huberfeld's father passed away. He was a man whom I knew well from temple, a holocaust survivor and a true gentleman. He left behind an elderly widow, Murray's mom who is so distraught and lonely. Murray lives for his mom and is the ultimate son and caretaker. He's constantly with her and looking after this terribly frail woman. She needs her son to be there with her. I dread to imagine what it would do her soul and body not to have her Murray be with her for the daily visits. She had already suffered so much on top of all that was taken from her during the holocaust. How would she survive having Murray, her pride and joy, be taken away? I fear for her life should that happen, God forbid.

But what is also significant is that it is not only his family that would suffer if Murray were taken away from them.  Many needy people in the larger community would likewise be severely impacted.  Illustrative of this is the following incident to which I can personally attest.

A while back I was raising money for a family going through a hard time.  Mr. Huberfeld himself, so busy and distracted by his troubles, found out what I was doing.  I vividly remember him saying that while he "can't contribute so much right now as (he) has pressing matters" he nevertheless said, "I would like to help you raise more needed funds" and he spent perhaps a half hour giving me ideas and names and offering to help in any way he could and, of course, his generous check came in few days later.

I am well aware that Mr. Huberfeld has pleaded guilty and has accepted full responsibility for his actions.  Surely, he has suffered tremendous personal embarrassment, losing his business and his reputation.  Indeed, this has humbled him beyond what one can imagine.  Additionally, the fright of undergoing criminal prosecution, the financial drain of the tremendous legal fees incurred and the specter of fines and penalties, in and of itself, ruin people. He has surely learned from his mistakes and feels remorse in every which way.  What benefit would society reap from separating son from an elderly widowed mother, father from son, husband from wife and grandpa from grandchildren?  I know that Mr. Huberfeld has pleaded guilty.  I'm just asking as a father and family man to please have mercy and compassion with regards to the sentencing.  I know he has demonstrated remorse and I'm certain he won't ever do it again.  I sincerely believe that Your Honor's showing abundant compassion will make his and so many others lives better for many years to come

With greatest respect and reverence, I remain

Sincerely yours,

Mark Majeski



**solomon mayer**

brooklyn, ny ████

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

July 24, 2018

Dear Judge Hellerstein,

Kindly allow me to share a little personal history with you as I make a heartfelt plea to you on behalf of Murray Huberfeld.

My name is Solomon Mayer, born and raised in Brooklyn New York. My parents both are Holocaust survivors who came to this wonderful country to get a new chance at life and start fresh after losing their parents and siblings in the war. They were married in Hungary in 1944 and just four weeks later they were taken by the Nazis to concentration camps and separated for near two years. They were unsure if either had survived. My father became ill with Typhus and was in a German hospital. 37 days after the War, after searching Red Cross lists day after day, my mother found my father's name on the updated list of survivors.

When she walked into the room, my father fainted. Once revived, and awake he lost his voice. So, he wrote a note to my mother saying "you are a young and beautiful woman. I don't want you to suffer spending the rest of your life with a sick broken man". He begged her to take a get (Jewish divorce) to set her free to live her life with no burden. She responded, "we have not survived only to break apart now- God has bigger and better plans for us". A few months later they got a chance of a lifetime, to come to the United States of America, to realize their dreams. They chose not to be bitter about the past, but to look at all the

My father enrolled into school, learned to be a printer and soon opened his own printing shop. The life, education and the home that was robbed from him as a child was now replaced by a beautiful, happy, successful family of five children. He had different aphorisms and one was: "There are always people that have less than you that will need your help. It's how much you do for even one person that defines you". He passed away at the young age of 69.

One may ask, what does my story have to do with Murray Huberfeld?

We are both Brooklyn born children of Holocaust survivors. Our parents and we, too, have been successful in business, realizing the American Dream. We have both been very active in reaching out and helping the poor, sick and unfortunate. We are both happily married with wonderful children.

I have a business in Manhattan and most of my volunteer work is with Chai Lifeline of which I serve as President. It is a national organization to help children with cancer and other life-threatening diseases/disorders. Many of these children and their families, need extra helping hands, even if it is to give them a few hours a week to be with the other siblings or take care of themselves. Thank G-d my wife and I were given the opportunity and ability to help and spend time with these children. Sometimes it involves taking them to a baseball game or Central park or even just for a home cooked meal or slice of pizza.

For years, I was a customer at Kosher Delight, a fast food restaurant on Broadway in Manhattan. (I did not know Murray or his involvement in the business.) On one occasion, I took one of 'our kids', Meir, there for a bite. He has spina bifida and has undergone numerous surgeries. Meir had just completed a three-week stint in the hospital. He had a week off until he had to return to the hospital for further treatments. All that Meir wanted was a meal at KD that included southern fried chicken with spicy French fries.

As luck would have it, it was a very busy time of the day and there was a very long waiting line for orders. Meir was devastated that we might not be able to have 'his planned meal'

Case 1:16-cr-00467-ALC Document 280-2 Filed 04/18/19 Page 69 of 77
you want? I own this place." Meir's eyes lit up like a fireball. He told the man about the fried chicken and spicy fries, and added a very large ice-cream cone to his order. The man in the suit looks at little Meir and says, "Just don't cry - sit down at that table and I will bring your order to you."

I was delighted by this, but I knew that he could not be the owner. No one running a fast food operation walks around in a suit. A few minutes later we received a large bucket of fried chicken and fries. The sheer joy and smile on Meir's face was something to behold. No money in the world could buy that moment. If that wasn't enough, the gentleman came over and brought the boy a very large plate of dessert that included ice-cream, Neapolitan and a cannolo. And it was all 'on the house' - free of charge.

Even still a bit hesitant about who he must be, I introduced myself to him and he said his name was Murray Huberfeld and it turned out that he was the owner. I thanked him and explained that for weeks, Meir had dreamed of coming to KD for food and that the following week he would be back in the hospital for a new course of treatment. We exchanged numbers and Meir and I went on our way. The following week I was at the hospital visiting Meir, and who walks in? Murray, with a bucket of fried chicken and fries. Suddenly, Meir began calling out: "Mommy, Mommy - This is the man I was telling you about. He is owner of Kosher Delight. He is also the waiter and the delivery boy!"

Until today, Murray remains close to Meir and his family and in his modest manner gives them support in any whichever way possible. As my dear father said, it's not how much you give, but how you do and how much you do for even one person that defines you. Murray did just this and he did it with such graciousness and without seeking recognition.

Murray and I developed a great friendship. I have seen what he has done for Meir's family and for, literally, hundreds of other families both here in America and in Israel. And for kids, and for scholars. The list of his many kindnesses continues on and on – and most importantly it is not done with fanfare or the seeking of self-aggrandizement. Simply, Murray has the biggest heart.

incredible career. Murray readily admits he did wrong. In fact, he admitted such when he addressed a public meeting in Boro Park recently where he spoke openly about his failure. He was terribly ashamed and humiliated. In his own words, he appealed to the audience: "Please don't take this country and its freedoms for granted. As Jews, for so many hundreds of years as we were shunted from country to country and we did not have the freedom to practice our own faith and religion like we do here in the USA. All should resolve to be law abiding citizens and give back to our fellow citizens as much as we can."

Honorable Judge, as a close friend of Murray and on behalf of all the 'cancer kids' and their families that he has helped, I plead with all my heart that you give him a chance and show him leniency. Should Your Honor wish to meet and interview little Meir and hear from him about Murray's outreach, I can arrange for him to be brought to your chambers, which would be easier than in a courtroom with many people.

May G-d bless you in your deliberations.

Sincerely,

Solomon Mayer

November 29, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

You may not recognize my name, but I suspect you would recognize me in my tennis shorts. For years now we have been "neighbors" at the Columbia Tennis Center – way back when, you were on court 4 and I was on court 5, and more recently on courts 1 and 2 respectively. If I recall correctly, I even joined your game on one occasion.

I am writing in support of Murray Huberfeld, who has been my acquaintance for approximately 20 years, a business associate for about 4 years, and a close friend of my daughter's family for many years. With this background, I can attest, without equivocation, to his extreme generosity and kindness. I am impressed with his community spirit and willingness to help those in need.

Recently, my son and daughter-in-law welcomed a new addition to their family. ███ was born at 26 weeks, and consequently requires neonatal intensive care at the S'hara Zedek Hospital in Israel. The neonatal intensive care unit (the "NICU") at S'hara Zedek is called the Huberfeld NICU, in honor of the same Murray Huberfeld I hereby support. Once he was made aware of my granddaughter's plight, without prompting from me or anyone else in our family, Murray made phone calls to ensure that everything possible was being done for Aura and my son's family. The result of his calls did a great deal to alleviate the fears and anxiety borne by my family, and I am grateful to Murray for his efforts on our behalf. What is most telling about this anecdote are the several layers to Murray's beneficence – not only is his financial support for the NICU so generous that his name is on the wall, but he is personally kind as well.

To those who know him, Murray is someone who is happy to do you a favor, no matter how trivial or inconvenient for him. In business dealings with Murray, I have observed first hand his honorable and honest behavior. I have a deep and broad business history, having been the owner or co-owner of businesses for some 40 years. In that time, I think I have developed a sense of "good guys" and "bad guys." Murray is one of the good guys, who, while not perfect, deserves a kind and merciful hand.

Murray is a loving family man, loyal friend and extremely generous individual. He needs some generosity now, and I am proud to recommend that you extend kindness and generosity to him in his time of trouble. Please see it in your heart to deliver "midah k'neged midah" and render judgement with mercy.

Sincerely,

Leonard Mezei





August 23, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

    I write to you about a special friend who has brought strength, happiness and peace of mind to my entire family, but especially to my husband and me.

    We met Murray and Laura when we moved into the neighborhood – they were friends of my sister and brother-in-law. Our children became friends, and our daughter Mari and their Rachel became best friends until today. I played matchmaker for Rachel, and she is happily married, as well as for their daughter, Jessica. Today, I dabble in matchmaking in our community.

    Murray has been there with us in the good times and when things were really difficult. On one occasion, without any hesitation Murray lent us money at no interest and to be repaid as and when we could – and we were able to do so. Murray and Laura included our kids on their outings and made them part of their family.

    Their family usually visits Israel over the Festival of Succos (Tabernacles) for a week and a half. When our children spent their 'gap year' between high school and college in Israel, Murray and Laura would have our kids over for meals as their home from home.

    Our daughter and son-in-law, Frumee and Rafi, had relocated to Atlanta, GA, where he had found a job. He was trying as best he could but it did not seem to have potential. She was just miserable and could not adjust. I happened to mention the situation to Murray. Without any hesitation, Murray offered to help as if they were his own kids – "just first let's get him back here." Murray was the catalyst and Rafi got the job that he needed and they settled down and are very happy.

    Murray and Laura are an amazing team, a unit that is always respectful of each other, and their family is the core of their whole existence. I can imagine that for any couple, if a

husband has to go to prison it can be very difficult, with Laura, I believe she will be an emotional wreck.

Murray is devoted to all his kids – they are his life. As for their son Jack, who is about to have his bar mitzvah, this case and the possibility that Murray will be sent away from home, is having a serious impact. Murray interacts with Jack every day. They will talk together, review Jack's school work together, watch a game together. They happen to be extremely close, and Jack is clearly very scared about what could happen with his dad.

Their daughter Ariella has returned from seminary in Israel and is so afraid of what will happen to her father, as well as what will happen to her. In our community, girls who return from seminary in Israel are considered marriageable. Any meeting of the young people is done through a third party and via resumes and references. Should there be anything untoward in the family, such as illness, financial problems or incarceration it can blight the chances, especially for a girl. It is sad, but this is a reality. So, aside from her worry about her father, Ariella has her own real worry and concern. It is not a situation where her father can make it all good.

There is also caring for his fragile mother who lives with them. She is a Holocaust survivor who has tried to make the best of her life with her late husband, who passed away just over a year ago. Murray is her strength and anchor. He waits on his mother attending to all her needs. If he is away for any length of time I do not believe that Laura would be able to care for her.

In our local community, Murray is the listening ear to people's problems. Somehow, people feel better from speaking to him. He knows so many people that somewhere in his networking he can find someone to help. Murray also does not mind getting his hands dirty, literally – cleaning and putting away prayer books and bibles in the synagogue bookcases through to repairs and maintenance, or even bringing out trays of food for collations. He does not stand on ceremony.

Your Honor, I appreciate that this all does not put aside his crime, and is not an attempt to make light of it. Murray himself does not attempt to do so. Why he did it at all? I do not know. He has openly expressed his responsibility and shame, and I know he finds it very hard to live with it all.

I truly love Murray and Laura – in fact all that they can get from me is love and friendship. At this time, I speak to Your Honor with all the love and friendship that I can muster, and beg with all my heart – please do not send Murray away and kindly consider an alternate sentencing. It will be an incredible kindness for which I, and so many others, will be forever in your debt.

Sincerely,

Altchie Pelcovitz

## Nachum Pelcovitz



Lawrence, NY

September 23, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

I am a podiatrist with an office in Hewlett, NY. My wife has written to the Court about Murray and the wonderful friendship that he, Laura and their family extend to us. When we went through rough times, financially, Murray was there for us – and displayed kindness that I will never forget.

Murray extends such kindness to many others in a most modest and helpful manner. I believe that others in his position would use their position and success to require accolades and for others to fawn over them, but that is not Murray Huberfeld. He is a mensch through and through.

There is one aspect of Murray in which I stand in awe and I felt that I wanted to write about it to the Court. That is the respect and honor that he has always displayed to his parents. I have never witnessed anyone fulfilling the Biblical command to both honor and to be in awe of one's parents as he does. Both our fathers were close in age, and Murray's conduct became the yardstick whereby I tried to conduct myself to my own father. I may mention that I revered my late father, who was the rabbi of the 'White Shul' in Far Rockaway for some sixty years, and I had the privilege to care for him in his old age. He passed away on March 14, 2018 at age 96.

Murray happens to be a very friendly person and, often in a group, people gather around him and he can be the life of the party. However, whenever his parents are present, and this was often with his father at synagogue and the socializing after the services, Murray's total focus was for his father. Does he have a good and comfortable seat? What would he want to have from the collation? And Murray would stand on line waiting to get food to serve his father.

Unfortunately, too often the younger generation, even those of middle age, do not find time for the older generation, and leave them neglected in senior homes. There is no doubt in my mind that those who attend our synagogue or our local functions cannot fail to take home

the message of caring for the older folk after watching Murray week after week including his father in all conversation and socialization.

Murray's father is gone just over a year and, because of Murray's care for him, his absence is noted and people inevitably comment about the late Mr. Huberfeld and his son Murray.

At the same time, Murray's elderly mom has come to rely on him even more for all her needs. Since her husband's passing she has even moved into Murray's home. She knows that 'her boy' is always there for her. I am sure that the Court is aware that both she and her late husband were Holocaust survivors and all that it entails. Murray has been their source of strength and confidence ever since his teens.

Allow me to respectfully suggest that any son going to jail is devastating for any parent. However, at this stage of her life and considering her personal history and that Mrs. Huberfeld is so dependent on her son, Murray, would it be possible to consider a sentence other than incarceration?

Respectfully,

Nachum Pelcovitz



**Joseph M. Salvani**

**Vero Beach, Florida**

July 18, 2018

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

Subject:     My Personal Relationship with Murray Huberfeld

Your Honor, I have known Murray since 1992-93. The first meeting was when I was representing a small Nasdaq, publicly traded chemical company. My business is consulting for Microcap Healthcare and Chemical companies. I met him at his office in the Olympic Tower. He was just beginning his business of investing and helping companies. I noted how intelligently he asked about the business of the company that presented. He actually invested and made a good return. I found Murray an extremely stand up business friend. If he said he would do something, you could count on it with just a handshake. Murray has invested in nearly ten of my companies over the years. Even when he lost money, he always focused on how to help that company solve its problems. He never blamed me, he understood the risks. Despite the fact that he has become enormously successful, his concern for the companies he invested in continues through today.

We developed a personal friendship out of this business relationship. I have met his family and watched his love of his children. I have been invited to numerous of his family functions. I have met his parents and his sister. He is the central cog of a very tight knit and loving family. They rely on him enormously.

This says a lot about his personality.  I believe the judge of a man is how he interacts with his family and the responsibilities that come with it.   I have watched him donate large sums of money and time to numerous charities.  He is adamant that people should give back by doing good.  In fact, the largest charitable gift I have ever given, came at Murray's instigation.

Murray's investments in the above companies probably created 100's of jobs and incomes to numerous Americans.  His charity has definitely improved the lives of 1000's that I have witnessed through his donations.  His love of his daughters and his siblings shines through.  I definitely feel New York has benefitted enormously from his actions over the years.

Sincerely,

Joseph M. Salvani