## Skadden, Arps, Slate, Meagher & Flom LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

---

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212.735.2890
DIRECT FAX
917.777.2890
EMAIL ADDRESS
David.Zornow@SKADDEN.COM

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

January 22, 2019

**By Hand Delivery & ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      RE:    *United States v. Norman Seabrook and Murray Huberfeld*, No. 16 CR 467 (AKH)

Dear Judge Hellerstein:

      We write on behalf of our client, the New York City Correction Officers Benevolent Association, Inc. (the "Union"), in reference to the January 17, 2019 agreement (the "Agreement") between the Union, the Correction Officers Benevolent Association Annuity Fund (together, "COBA"), and Murray Huberfeld (collectively, the "Parties").

      On Monday December 17, 2018, COBA sought permission to file a brief in support of its request for restitution from Mr. Huberfeld. Shortly thereafter, Mr. Huberfeld's counsel approached the Union about making a voluntary payment to COBA for losses that it had incurred through its investment in Platinum Partners. COBA recognized that the legal and factual grounds for its request for restitution from Mr. Huberfeld are subject to challenge in this Court and on appeal.

      On January 17, 2019, the Parties executed the Agreement, pursuant to which Mr. Huberfeld agreed to pay COBA a total of $7,000,000. On January 18, 2019, Mr. Huberfeld made the first payment of $4,000,000 under the Agreement. COBA's membership will benefit from the immediate receipt of these funds and the future receipt of funds from Mr. Huberfeld.

      As called for under the Agreement, COBA hereby withdraws its December 20, 2018 Memorandum of Law in Support of Restitution, which was filed at ECF Dkt. No. 275 and hereby notifies the Court that it is seeking no additional

monetary relief from Mr. Huberfeld. COBA also requests that the payment of $7,000,000 and the execution of a confession of judgment as called for under the Agreement be included as conditions of Mr. Huberfeld's supervised release in connection with his sentencing in the above captioned matter.

Respectfully submitted,

David M. Zornow

cc: AUSA Russell Capone, Esq. (via ECF)
AUSA Lara Pomerantz, Esq. (via ECF)
Alan S. Futerfas, Esq. (via ECF)
Henry Mazurek, Esq. (via ECF)
Sara Willette, U.S. Probation (via email)