# QUELLER, FISHER, WASHOR, FUCHS & KOOL, LLP

**BARRY WASHOR**
**JONNY KOOL ✱**
**DALLIN M. FUCHS•**
**CHRISTOPHER L. SALLAY•**
**MATTHEW J. MAIORANA**
**KEVIN S. MCDONALD**
**BRIAN S. SCHWARTZ•**

ATTORNEYS AT LAW
**233 BROADWAY**
**NEW YORK, NY 10279**
(212) 406-1700
FACSIMILE
(212) 406-2313

WWW.QUELLERFISHER.COM

OF COUNSEL

FRED QUELLER

BERTRAM D. FISHER (1928-2005)

✱ ALSO ADMITTED IN MA
• ALSO ADMITTED IN NJ

January 22, 2019

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   Norman Seabrook

Dear Hon. Justice Hellerstein:

I write this letter on behalf of Norman Seabrook. I have known Norman since 1994 and have associated with him in both a personal and professional manner. By way of background, I am an attorney in good standing, duly licensed to practice law in the State of New York.

I was admitted to the New York State Bar in 1982, the Federal Bar for the Southern District of New York in 1982, the Federal Bar for the Eastern District of New York in 1982, the Court of Appeals for the Second Judicial Circuit in 1989 and to the Federal Court of Claims in 2015. I was also admitted to the United States Supreme Court in 1990. I have at all times been a member in good standing, and I have never been the subject of any disciplinary action. I am a member of various legal societies and organizations and I have been a Governor/Director of the Board of the New York State Trial Lawyers Association for the last eight years. I have served as an adjunct teacher of law at Cardozo Law School for approximately the last twenty (20) years and have conducted many legal lectures and seminars over the years. My practice primarily deals with representing victims of medical malpractice incidents and, to date, I have successfully obtained over two hundred (200) verdicts and settlements in excess of One Million Dollars ($1,000,000.00). I am presently the Senior Partner at our law firm and I have been a member of this firm since 1986.

I first met Norman Seabrook in 1994 through a mutual friend. Over the years I have gotten to know him, his wife Susan, and daughters Jenna and Tiffany, well. I saw Norman grow

# QUELLER, FISHER, WASHOR, FUCHS & KOOL, LLP

from a relatively inexperienced labor leader, into one of the most sophisticated, vibrant labor leaders of his time, without any formal education. Norman fought ferociously on behalf of the rights of his membership, with his principle objective being to obtain Correction Officers the respect and compensation they deserved commensurate to that earned by New York City Police and New York City Firefighters.

Norman formed a strong coalition of leadership and interacted in the world of politics, making alliances, when necessary, to aid his membership. Through his efforts members obtained equal pay, variable supplement retirement benefits, enhanced sick leave policies and heart bill rights. Correction Officers, who were once looked down upon by all other law enforcement agencies, were finally seen as peers.

On a personal level, I saw firsthand Norman's dedication to charities of all kinds. He was solely responsible for the creation of the Widows and Children's Fund on behalf of Correction Officers which raised tens of thousands of dollars and awarded countless college grants. In addition to the long hours he spent fighting for the rights of the membership; he was and remains a dedicated husband, father and grandfather. Norman has been married to the same woman for over thirty years and they have built a life together in the Bronx raising two extremely intelligent and mature young women, Jenna and Tiffany. Each is married, and each has children of their own. I had opportunity to witness firsthand the closeness of the relationship between Norman and his family when I had occasion to represent Jenna in a medical malpractice litigation.

Unfortunately, one on Thanksgiving Eve, Jenna was victimized as a result of a physician's negligence. She sustained serious personal injury. Norman devoted his time comforting her and helped nurse her back to health. He was a pillar of support during the approximate three (3) years of litigation before the case was ultimately resolved. At no time did Norman interfere with the attorney-client relationship between Jenna and our firm, and at all times acted in a respectful and cooperative manner.

I am well aware of the felony that Norman stands convicted. Despite that knowledge, I feel strongly that Norman was and can continue to be, a useful and productive member of society. He has much to give of himself and much to share. It is my hope and prayer that Norman be given an opportunity to show all the good he is capable of because that will inure to the benefit of many.

In closing, I leave your Honor with one anecdote that will never escape me. There was an evening in 2008 in which I fell ill and was taken the emergency room of a hospital. As soon as I opened my eyes, the first person I saw was Norman. To this day, I don't know exactly who told him I was in the hospital, but he stayed at my side without leaving for the next forty-eight (48) hours. This man has a lot of good and love in him. He watched over me like a baby brother, questioning every physician who entered the room and encouraging me throughout the ordeal. Even my wife was taken by Norman's selfless actions.

**QUELLER, FISHER, WASHOR, FUCHS & KOOL, LLP**

    Thank you for permitting me to submit this letter on behalf of my friend Norman Seabrook.

Very truly yours,

QUELLER, FISHER, WASHOR, FUCHS & KOOL, LLP

By: _____
       BARRY WASHOR

BW/sp

February 5th, 2019

Dear Judge Hellerstein,

I write in support of Norman Seabrook, who I understand will be sentenced before you in the coming weeks. I have read about the case in the newspaper and am aware of the crime that Norman has been convicted of. It is a very serious breach of trust.

I have known Norman for over twenty years and have seen him do much good. He is a man of compassion and dedication. As Police Commissioner, I watched from the sidelines as Norman achieved extraordinary gains for corrections officers. His goal was parity with police officers, and he achieved it. Having served in the New York City Police Department for nearly fifty years, I know well the dangers that come with the job. Corrections officers deserve fair treatment and support, and Norman helped obtain it for them.

Sincerely,

*[signature: Raymond Kelly]*

Raymond W. Kelly