

January 21, 2019

**Rabbi Yosef Mayer**
*President*

Nusyn P. Erlich
*Executive Director*

**Rabbinic Sponsors:**
Rabbi Moshe Feinstein zt"l
Rabbi Shlomo Zalman Auerbach zt"l
Rabbi Avraham Pam zt"l
    *Rosh Yeshiva Torah Vodaath*
Rabbi Yosef Sholom Elyashiv
Rabbi Yitzchok T. Weiss
    נאב"ד *Eda Hacharedis*
Rabbi Yakov Perlow
    *Admor M'Novominsk*
Rabbi Yosef Rosenblum
    *Rosh Yeshiva Shaarei Yosher*
Rabbi Aron Leib Steinman
Rabbi Mechel Yehuda Lefkowitz
Rabbi Chaim Kanievsky

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein,

My name is Rabbi N.P. Erlich. I am the administrator for charity funds at Congregation Ahavas Tzdokah V'Chesed (CATV). The purpose of this letter is to share with the Court my experience working with Murray Huberfeld and to request that the Court show Mr. Huberfeld leniency when he is sentenced.

For over 25 years, I have had the privilege of working with Mr. Huberfeld to distribute funds to worthwhile organizations and to many people in need. At CATV, I work with Jewish philanthropists to collect donations and distribute grants. We receive many requests for help from people. For many years, once a month, Mr. Huberfeld and I meet to review the requests that I have received and decide an appropriate size grant for each request. Mr. Huberfeld's charitable giving, and the level of interest he takes in each request we discuss, is simply extraordinary.

Over the last ten years, CATV has distributed on behalf of the Bodner Huberfeld Fund approximately $50 million, half of which comes from gifts provided by Mr. Huberfeld and his family. These grants averaged about $1,800 each, although many were more

Page | 1



אהבת צדקה וחסד

בס"ד

**Rabbi Yosef Mayer**
*President*

**Nusyn P. Erlich**
*Executive Director*

**Rabbinic Sponsors:**
Rabbi Moshe Feinstein zt"l
Rabbi Shlomo Zalman Auerbach zt"l
Rabbi Avraham Pam zt"l
*Rosh Yeshiva Torah Vodaath*
Rabbi Yosef Sholom Elyashiv
Rabbi Yitzchok T. Weiss
נ"ע *Eda Hacharedis*
Rabbi Yakov Perlow
*Admor M'Novominsk*
Rabbi Yosef Rosenblum
*Rosh Yeshiva Shaarei Yosher*
Rabbi Aron Leib Steinman
Rabbi Mechel Yehuda Lefkowitz
Rabbi Chaim Kanievsky

substantial. Most were done anonymously and discretely, with the recipient unaware of the source of the funds. In addition, I am aware from my discussions with Mr. Huberfeld that he has given away substantial additional funds directly from his family foundation.

I know that Mr. Huberfeld has plead guilty and will soon be sentenced. I respectfully request that in determining that sentence, the Court show Mr. Huberfeld leniency and remember his long history of extraordinary generosity.

Thank you for your consideration.

Respectfully,

Rabbi N.P. Erlich
1 347 42nd street
Brooklyn, NY 11219
718 435 0959
catv36@gmail.com

United States Address: 1347 42nd Street • Brooklyn, New York 11219 • (718) 435-0959  Fax (718) 435-0783
Jerusalem Address: Beis Yisroel 9 • Jerusalem, Israel 95190 • (02) 532-8340  Fax (02) 540-0122