

66 South Tyson Avenue
Floral Park, NY 11001

(516) 328-3800
Fax (516) 488-4695

www.wffacpa.com

Certified Public Accountants & Business Advisors

August 6, 2018

To Whom it May Concern:

    We are the accountants for the Huberfeld Family Foundation and annually prepare the organization's Form 990-PF that is filed with the Internal Revenue Service. For the years 2008 through 2017, the organization reported contributions and grants paid totaling $23,701,248. The annual amounts, as detailed on the attached schedules as filed with the Internal Revenue Service are as follows:

| Year | Amount |
|---|---|
| 2008 | $3,227,564 |
| 2009 | $2,871,517 |
| 2010 | $2,989,626 |
| 2011 | $2,750,486 |
| 2012 | $2,559,267 |
| 2013 | $3,109,731 |
| 2014 | $1,475,876 |
| 2015 | $2,899,770 |
| 2016 | $1,069,361 |
| 2017 | $ 748,050 |

Sincerely,

*S + M. Wag*

Stephen M. Wagner

New York City Office | 237 West 35th Street | Suite 1001 | New York, NY 10001 | (212) 576-1829 | Fax (212) 564-7530