UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- x
UNITED STATES OF AMERICA,                    :
                                             :
                                             :        SCHEDULING ORDER
            -v-                              :
                                             :        16 Cr. 467(AKH)
                                             :
                                             :
    MURRAY HUBERFELD ,                       :
                                             :
                                             :
            Defendant.                       :
-------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference previously scheduled for December 4, 2020 is hereby canceled. The parties are hereby ordered to appear for a sentencing on December 15, 2020 at 2:30 p.m., which argument will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the argument.

        Finally, no later than December 8, 2020, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    November 24, 2020        _____/s/_____
        New York, New York        ALVIN K. HELLERSTEIN
                        United States District Judge