

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 0483  Fax

March 17, 2021

> REQUEST GRANTED.
> The Sentencing previously set for April 26, 2021 is rescheduled to May 24, 2021 at 2:00PM. Deadlines for parties objections to the updated PSR and for the parties sentencing submissions are extended to April 9, 2021. Deadlines for the parties responses and for any objection to proceeding with the sentencing remotely are extended to April 23, 2021.
> 3/18/2021    SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**VIA CM-ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Huberfeld* (1:16-cr-00467-LJL)

Dear Judge Liman:

Dechert LLP, along with Meister Seelig & Fein LLP, represents Murray Huberfeld in the above-captioned matter.  We write respectfully to request an adjournment of sentencing and an extension of the related deadlines in light of the issuance yesterday of the revised presentence report and the upcoming Passover holiday.

At present, the Parties' objections to the PSR and sentencing submissions are due by March 19, and responses (along with any objection to proceeding with the sentencing remotely) are due by April 2.  This schedule was set in response to our second request for an extension dated February 22, 2021, which the Court granted the following day (*see* Dkt. No. 361).  That second request was made based on our understanding at the time that the revised PSR "should be ready by February 26" (*id.*).

In the end, the revised PSR was issued on March 16, 2021.  Because (a) Fed. R. Crim. P. 32 entitles Mr. Huberfeld 14 days to raise any objections to the PSR and (b) that 14-day mark falls during Passover, we request an extension of the sentencing-related filing deadlines to on or after the following dates, subject, of course, to the Court's concurrence and availability:

> **Friday, April 9, 2021**:  Deadline for the Parties' objections to the revised PSR and for the Parties' sentencing submissions;
> **Friday, April 23, 2021**:  Deadline for the Parties' responses and for any objection to proceeding with the sentencing remotely; and
> **Friday, May 14, 2021**:  Sentencing hearing.



Hon. Lewis J. Liman
March 17, 2021
Page 2

We also remain cautiously optimistic that, should the Court grant the requested adjournment, the circumstances may permit the hearing to be conducted safely in person. The Government consents to this third request for an extension of time.

Respectfully submitted,

*/s/ Andrew J. Levander*

Andrew J. Levander

LER

cc:     All counsel of record, via CM-ECF