

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**ANDREW J. LEVANDER**

andrew.levander@dechert.com
+1 212 698 3683  Direct
+1 212 698 0483  Fax

April 9, 2021

REQUEST GRANTED.

4/12/2021 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**VIA CM-ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Huberfeld* (1:16-cr-00467-LJL)

Dear Judge Liman:

Dechert LLP, along with Meister Seelig & Fein LLP, represents Murray Huberfeld in the above-captioned matter.  In light of unexpected scheduling, coordination, and production difficulties, we respectfully request a brief extension of the deadline for the Parties' opening sentencing submissions.  This is the Parties' fourth request for extension with regard to this deadline, and the Court has granted all previous requests for extension.  The Parties' next appearance before the Court is scheduled for Monday, May 24, 2021.

At present, the Parties' opening sentencing submissions are due today Friday, April 9, 2021, and we propose that the deadline be extended one business day, to Monday, April 12, 2021.  The Government consents to this brief request for extension of time, which is conditioned on the Court's approval to also extend the Government's deadline to Monday. We apologize for the eleventh hour nature of this unexpected request.

Respectfully submitted,

*/s/ Andrew J. Levander*

Andrew J. Levander

LER

cc:     All counsel of record, via CM-ECF