**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2021

REQUEST GRANTED.
The Sentencing previously set for May 24, 2021 is rescheduled to June 3, 2021 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

5/11/2021 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Murray Huberfeld*, S2 16 Cr. 467 (LJL)**

Dear Judge Liman:

The Government writes, with the consent of defense counsel, to respectfully request an adjournment of the sentencing in the above-referenced matter currently scheduled for May 24, 2021 to a date and time convenient for the Court. The parties have conferred and are available on the afternoon of June 3, 2021 or June 8, 2021. Defense counsel has previously requested, with the consent of the Government, an adjournment of sentencing three times, which the Court granted. The Government understands that defense counsel would prefer that the sentencing proceeding be conducted in person. The undersigned is not available to attend an in-person sentencing proceeding the week of May 24, 2021 and accordingly respectfully requests a brief adjournment. Defense counsel consents to the Government's request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: __s/____________________________
Lara Pomerantz
Assistant United States Attorney
(212) 637-2343

cc: All Counsel (via ECF)