USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
            
UNITED STATES OF AMERICA

                      16-cr-467 (LJL)

      -v-

                      ORDER

MURRAY HUBERFELD,

              Defendant.

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The Court is prepared to approve a modification of the terms of bail in substantially the form of the attached revised proposed order. The parties are invited to comment on the proposed order by 5 p.m. today, May 14, 2021.

     SO ORDERED.

Dated: May 14, 2021
       New York, New York

                                                       LEWIS J. LIMAN
                                                       United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        v.

MURRAY HUBERFELD,

        Defendant.

------------------------------------------------------------ X

No. 16 Cr. 467 (LJL)

*[handwritten: for no more than three nights]*

### [PROPOSED] ORDER TEMPORARILY AMENDING BAIL CONDITIONS

UPON THE MOTION OF Evan L. Lipton, attorney for defendant Murray Huberfeld, and upon the consent of the Government,

IT IS HEREBY ORDERED THAT the defendant's bail conditions be modified to permit him to travel *[handwritten: directly]* to Israel to attend his mother's funeral.

IT IS FURTHER ORDERED THAT the defendant's passport be placed in custody of his counsel to be provided to defendant upon the death of his mother, and to be returned to the custody of Pretrial Services upon Mr. Huberfeld's return from attending the funeral in Israel.

The following conditions must be met before Mr. Huberfeld departs for Israel:

I.  Mr. Huberfeld will post an additional $1 million bond, secured by property, which shall remain in effect for the duration of this Order.

II. Mr. Huberfeld's family's passports, now in possession of Counsel, will be turned over to Pretrial Services, which will maintain custody of the passports until Mr. Huberfeld returns. In the event that Mr. Huberfeld departs on a weekend, the passports shall be delivered to Pretrial Services by 10:00 a.m. the following Monday.

III. Mr. Huberfeld will execute a waiver of extradition.

IV. Mr. Huberfeld will notify the Court and Pretrial Services of his precise Itinerary.

*[handwritten: IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL IMMEDIATELY AND DIRECTLY RETURN TO HIS HOME IN THE UNITED STATES NO LATER THAN THE DAY AFTER HIS THIRD NIGHT IN ISRAEL.]*

<ins>This order is not to be effective until the Court has been informed that all conditions have been satisfied and of the date of DEFENDANT'S DEPARTURE AND RETURN.</ins>

Mr. Huberfeld will call Pretrial Services on each day that he is in Israel.

This Order shall remain in effect until ~~June 3, 2021~~ <ins>MAY</ins>, which is the current sentencing date in this matter, or to any adjourned sentencing date. <ins>FAILURE TO APPEAR FOR SENTENCING WILL BE A VIOLATION OF DEFENDANT'S BAIL CONDITIONS AND CONSTITUTE A SEPARATE FEDERAL CRIME.</ins>

SO ORDERED:

Dated: New York, New York
May __, 2021

_____
Lewis J. Liman
United States District Court Judge

<ins>IN ALL CIRCUMSTANCES, THE TRAVEL PERMISSION GRANTED BY THIS ORDER SHALL EXPIRE AND THE DEFENDANT SHALL RETURN TO THE UNITED STATES BY JUNE 3, 2021. NOTHING IN THIS ORDER SHALL BE CONSTRUED TO EXCUSE THE DEFENDANT'S ABSENCE FROM THE COURT ON JUNE 3, 2021.</ins>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
UNITED STATES OF AMERICA,

v.                                                         No. 16 Cr. 467 (LJL)

MURRAY HUBERFELD,

          Defendant.

------------------------------------------------- X

## WAIVER OF EXTRADITION

After consultation with my attorney, Evan L. Lipton., and in consideration of the modification of my bail conditions to permit me to travel to Israel while released on bail awaiting sentencing in the above matter, I, Murray Huberfeld, do knowingly, voluntarily, and intelligently consent to my immediate surrender to the United States from Israel or from any other country in which I may be, and under Article XVII of the Protocol Amending Extradition Convention with Israel, signed at Jerusalem on July 6, 2005, waive any right that I may have to contest my extradition back to the United States in the event that I have not returned to the United States as required in the Order Temporarily Amending Bail Conditions entered in the above matter.

Agreed to:

_____                    Dated: 5-12-21
Murray Huberfeld
Defendant

_____                    Dated: 5/12/21
Evan L. Lipton
Counsel to Mr. Huberfeld