**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
    UNITED STATES OF AMERICA,        :
                                        :     No. 16 Cr. 467 (LJL)
        v.                            :
    MURRAY HUBERFELD,               :
                   Defendant.         :
------------------------------------------------------- X

### ORDER TEMPORARILY AMENDING BAIL CONDITIONS

UPON THE MOTION OF Evan L. Lipton, attorney for defendant Murray Huberfeld, and upon the consent of the Government,

IT IS HEREBY ORDERED THAT the defendant's bail conditions be modified to permit him to travel directly to Israel for no more than three nights to attend his mother's funeral.

IT IS FURTHER ORDERED THAT the defendant's passport be placed in custody of his counsel to be provided to defendant upon the death of his mother, and to be returned to the custody of Pretrial Services upon Mr. Huberfeld's return from attending the funeral in Israel.

IT IS FURTHER ORDERED THAT the defendant shall immediately and directly return to his home in the United States no later than the day after his third night in Israel.

The following conditions must be met before Mr. Huberfeld departs for Israel:

    I.    Mr. Huberfeld will post an additional $1 million bond, secured by property, which shall remain in effect for the duration of this Order.

    II.    Mr. Huberfeld's family's passports, now in possession of counsel, will be turned over to Pretrial Services, which will maintain custody of the passports until Mr. Huberfeld returns. In the event that Mr. Huberfeld departs on a weekend, the passports shall be delivered to Pretrial Services by 10:00 a.m. the following Monday.

    III.    Mr. Huberfeld will execute a waiver of extradition.

    IV.    Mr. Huberfeld will notify the Court and Pretrial Services of his precise Itinerary.

      Mr. Huberfeld will call Pretrial Services on each day that he is in Israel.

      This Order is not to be effective until the Court has been informed that all conditions have been satisfied and of the date of defendant's departure and return.

      In all circumstances, the travel permission granted by this Order shall expire and the Defendant shall return to the United States by June 2, 2021. Nothing in this Order shall be construed to excuse the defendant's absence from Court on June 3, 2021. Failure to appear for sentencing will be a violation of defendant's bail conditions and constitute a separate Federal crime.

Dated: New York, New York  
May 14 , 2021

SO ORDERED:

_____  
Lewis J. Liman  
United States District Court Judge