```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
:
-v-                                                    :    16-cr-467 (LJL)
:
MURRAY HUBERFELD,                                      :    ORDER
:
Defendant.                              :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     Defendant has submitted a motion to redact the sentencing transcript. Dkt. No. 416. The motion is DENIED. The hearing was in open court, and the words spoken have entered the public domain both through the physical open court and through the remote access the Court provided. Those who were present – physically or remotely – were and are at liberty to disclose what transpired to anyone who is interested. Defendant offers no basis for the Court to hold back the transcript that reflects what everyone heard.

     SO ORDERED.

Dated: August 27, 2021
      New York, New York

                                                               LEWIS J. LIMAN
                                                         United States District Judge